# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RODRICK MAURICE BRAYBOY,    :      CIVIL ACTION
     **Plaintiff**      :
     :
vs.      :      NO. 17-4371
     :
ZAKIA JOHNSON, et al.,      :
     **Defendants**      :

## O R D E R

AND NOW, this 31st day of October, 2017, upon consideration of the plaintiff's

motion to proceed *in forma pauperis* and his *pro se* civil complaint, IT IS ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. §

1915(e)(2)(B)(ii), for the reasons discussed in the Court's Memorandum. The plaintiff is given

leave to file an amended complaint within thirty (30) days of the date of this Order in the event

he can cure the deficiencies in his complaint. If plaintiff files an amended complaint, he should

identify all of the defendants in the caption of the amended complaint in addition to the body of

the amended complaint, and describe how each defendant was responsible for violating his

rights. Upon the filing of an amended complaint, the Clerk of Court shall not make service until

so ORDERED by the Court.

4. The Clerk of Court shall furnish the plaintiff with a blank copy of this Court's current

form complaint for a plaintiff filing a civil rights action under 42 U.S.C. § 1983 bearing the

above-captioned civil action number.

5. If plaintiff fails to comply with this order, his case may be dismissed for failure to

prosecute without further notice.

6. Plaintiff's motion for counsel, which was attached to his complaint, is denied without prejudice.

BY THE COURT:

_____

**MITCHELL S. GOLDBERG, J.**