**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Rodrick Maurice BrayBoy

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Zakia Johnson, Richard
Driesbackh, Samantha Siciani
Michael J Chitwood, Deputy
Cooper, Pat Crosson, Rhenae
Patterson

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

# 17 4371

**COMPLAINT**

Jury Trial:  ☐ Yes  ☒ No

(check one)

FILED
NOV 27 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

RECEIVED
NOV 27 2017
U.S.C.A. 3rd. CIR.

RECEIVED
NOV 27 2017
CIRCUIT EXECUTIVE'S OFFICE

**I.     Parties in this complaint:**

A.     List your name, address and telephone number.  If you are presently in custody, include your identification
number and the name and address of your current place of confinement.  Do the same for any additional
plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name              Rodrick BrayBoy
              Street Address    2600 Southampton Blvd
              County, City      Philadelphia, Philadelphia
              State & Zip Code  Pennsylvania, 19116
              Telephone Number  215-688-8642

*Rev. 10/2009*

B.   List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1

Name Zakia Johnson
Street Address 261 Old York Road ste 420
County, City Montgomery, Jenkintown
State & Zip Code Pennsylvania, 19046-3723

Defendant No. 2

Name Richard Driesback
Street Address 261 Old York Road ste 420
County, City Montgomery, Jenkintown
State & Zip Code Pennsylvania, 19046-3723

Defendant No. 3

Name Samantha Siliani
Street Address 2630 N. 13 St #100
County, City Philadelphia, Philadelphia
State & Zip Code Pennsylvania, 19133

Defendant No. 4

Name Michael J Chitwood
Street Address 7236 West Chester Pike
County, City Delaware, Upper Darby
State & Zip Code Pennsylvania, 19082

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
     Ⓧ Federal Questions          Q  Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 4th amendment right to be free from illegal Searches and Seizures. 14th amendment right which gurantees: Previleges and immunities of Citizenship Due Process, and equal Protection. 8th amendment right to Cruel and Unusual Punishment.



RECEIVED

NOV 27 2017

U.S.C.A. 3rd. CIR.

Defendant No. 5    Patt Crosson
2600 Southampton Road
Philadelphia, Philadelphia
Pennsylvania, 19116

Defendant No. 6    Rhenae Patterson
261 Old York Road Ste 420
Montgomery, Jenkintown
Pennsylvania, 19046-3723

D.    Facts: _____

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

III.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. lost of Wages, Humiliation, lost of time in my life to move forward

IV.    **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

- 3 -

Rev. 10/2009

# Facts

① On 6/16/16 I Filed a grievance against Case Manager Knight and Supervisor Cephas from the Kintock facility, for informing staff and inmates, and also staff at the Northeast treatment Centers, Casemanager Knight and Supervisor Cephas informed the following staff about my juvenile conviction for indecent assault. They informed all the staff at Kintock.

② Supervisor Cephas and Casemanager Knight also Manipulated my social passes and Casemanager and program passes, So I could not leave the building. Casemanager Knight on occasions would not put in my passes and when I tried to contact her or Supervisor Cephas they wouldn't answer these phones.

③ I was informed of this information from an Inmate at Kintock facility and he also attended the Northeast treatment program with me. He told me he was told this by Supervisor Cephas.

④ Even though I talked to the Directors at Kintock facility I was having problems with these staff, I filed more but I lost alot of paperwork from being Moved around.

⑤ On 6/17/16 I talked to assistant, Director Guyton and Director Davis, from the Kintock facility, I informed them of the Problems I was having with Casemanager Knight and Supervisor Cephas.

⑥ Then around early November 2016, I contacted Zakia Johnson from the Department of Corrections, I explained to her the Problems I was having at Kintock. I also informed her that I was being targeted for my juvenile conviction of Indecent assault.

⑦ Ms. Zakia Johnson told me that she would look into it, and that she had to got to Kintock anyway the following week.

⑧ The Next time I talked to Zakia Johnson Was about a week and a half later, because she Never answered her phone, When I talked to her she informed me that, she talked to Director Davis and that he Denied anything Was going is what she told me.

⑨ I still continued to have Problems so I Continued to file grievances.

⑩ In the end of November 2016, I returned from Work and I was told to Pack my things I was moving to CEC Broad st.

⑪ When I arrived at CEC Broad st immediately I was targeted by Director Garcia. Director Garcia Removed my sheets from my bed for No apparent reason. I was told by my room mates that Director Garcia asked who slept there and just removed the sheets. When I talked to Ms. Garcia and asked about my sheets she didn't respond she just replaced My sheets without ones instead of the New ones I had.

⑫ On the second day when I arrived at CEC Broad st, I had Orientation with my counselor Rhenae Patterson. During my Orientation Ms. Patterson made a Joke about Oral Sex pertaining to my Indecent assault.

⑬ In December 2016 I started having Problems with my counselor Rhenae Patterson. Ms. Patterson Would not Put in my Work Passes, Ms. Patterson Would inform me when I Went on Passes that I had to return to the Facility by 7Pm when she in fact Submitted my return time in the Computer for 6 Pm, so I Could be Subjected to Displinary action. When the staff that Worked the Front Desk asked What Did she Submit it she stated she didn't remember.

⑭ In January 2017 I was in the Progess of finding a room so I could Submit a homeplan, I found a gold in the Paper for a room called the add I talked to the Owner of the Property while I was at work. I talked to the owner me asked me Some Personal Questions to try and get to know me a little bit and he then informed me that he wanted me to come and see the room after Work. See back→

I then returned to the facility after work and Provided of my counselor Ms. Patterson with the Phone number and address so she call and verify. Where I was going. I then waited for about an hour to give her time to call and get Verification. I then called the property owner to find if he was contacted because he said he would wait around the office for me to come. He then informed that he talked to Ms. Patterson and that he thought it wouldn't work out Now because I have serious charges on my Record from that he was told by Ms. Patterson:

15. I October 2016, I started Working With a ~~steff~~ agency Called Jennifer Quinn staffing, through this agency I started Working for arcaa recycling, In the Port Richmond Section of Philadelphia. When I started Working at Jennifer Quinn Staffing, Ms. Jennifer was notified by the Employment office at Kintock Hase office Pertained Ms. Tingle and two other female Staff whos Names I Cant Remember at this moment. With this being said Arcaa Recycling Was aware of my juvenile Conviction but they seemed Not to care to much about it. My Supervisor Michael Knight Was a fair boss and He told me on Numerous Occasions about the good Work I Did and that he wanted to teach me Different things in the Company.

16. On or about the middle of December 2016 around 3-4:30pm I was leaving work at Arcaa Recycling. I was waiting for the Bus on Richmond St, I rode the 73 bus to the richmond st and allegany ave stop so I could board the 60 Bus, which is like a six block ride about ten minutes. When the 73 bus arrived, It was a black Female bus driver who usually Drives the 73 bus around this time everyday. I Spoke to her and walked to the rear of the bus and stood near the rear exit talking on the phone with a friend of Mine.

17. About four blocks into the ride a Woman and her two children was exiting the bus, as they walked to the Side Walk, I was talking On the Phone but looking in there Direction for about 10 to 15 seconds as the bus started to go through the intersection I began to look forward Again, When I ~~turned~~ looked forward, the Bus driver Was looking at me through her rearview mirror With a grimace look, I then Continued With my Phone Conversation.

18. When the Bus reached richmond and allegany stop I walked to the Front of the Bus to exit because the bus was Partially in the street. When I walked Down the isle she jammed on the brakes to stumble, then she looked at me Nervously.

⑲ The reason for me saying this is because right after that incident, I started seeing officers posted on Richmond st where I caught the bus at. I also seen them every where I went.

⑳ This bus driver Must of reported to the Police and Septa that she thought she seen some suspicious behavior from me, and told them where I catch the bus at.

㉑ They figured out where I worked because I always come the same way, I walk from Richmond st Down Lewis st to Delaware Ave where Arcaa is located. When this all happend I was at Arcaa for 4 months. This is how they found out who I was.

㉒ When they found out who I was through my employer, I'm pretty sure they found out I was in a facility and I had juvenile conviction for indecent assault. They figured they was on to something.

㉓ Then shortly after that I was layed off of work in late December 2016 they claimed work was slow. Arcaa Recycling Reeycle refrigerators and buy and Sale refrigerant gas they also clean gas for a fee or clean it and resale it. they always have work.

㉔ With this all being said, This what brought Septa Police, and Philadelphia Police, and Upper Darby Police into the equation. This is the connection with Department of corrections and the board of Probation of Parole and the above officials. The Upper Darby Police was notified because my mother lives in Upper Darby and thats where I was taking my furloughs.

㉕ Then on 1/11/17 I was moved to Kalman Hall. I was told we were being moved for construction reasons, they were redoing the floors on the third floor. When they did construction on the first and second floor nobody was moved to another facility. Kalman Hall is considered a high security facility, thats where people were put when they ran from other facilities.

(26) On 1/15/17 I was returning from a Job Search Pass between 4:00 Pm and 6:00 Pm and I was informed by the staff at Kalman Hall that I had to be Script Searched, The two offices that Search me were both from the Country of Africa but I Don't Know there Names. I was Script Completely Naked and had to Spread my butt in front of them for No reason.

(27) On 1/16/17 and 1/21/17 I was subjected to the same Search for No reason. They used these search as a way for you to Refuse the search by doing them excessively to trigger a Displinary action then I would have to remain at Kalman Hall if I got written up for refusing the Search.

(28) I Contacted Zakia Johnson on 1/16/17 after the First Search on 1/15/17 and I still was Script Searched again on 1/21/17.

(29) Ms. Zakia Johnson moved around 13 inmates to Kalman Hall with me to Not Single me Out, and we all was subject to these Searchs and We all Constantly Complained, Who ever was written Up Remained in Kalman Hall the rest of the inmates Was Moved back to Cec Broad on 1/24/17.

(30) When we returned back to Cec Broad in the month of February 2017, I was Subjected to another Script Search by officer Barclay, and Director Clark

(31) Prior to going to Kalman Hall, I Never seen or was subject to a Script Search at Cec Broad. Around this time is When Director Garcia of Cec Broad was relocated into another facility. That's when Zakia Johnson, Put Director Clark there and that's When I was subjected to a Script Search at Cec Broad. Its Clear to Me tha Zakia Johnson sanctioned these Searches, By her Putting in a New Director to Do them.

32. In the month of February 2017, Is when I started taking furloughs, I took furloughs every week up until 9/07/17. With in this time frame is when, I started seeing Upper Darby Police trail me. I would see Upper Darby cops as soon as, I left my mothers house to go to the stores or anywhere else. This is one of the things that let me know they were tracking me. On some occasions I would leave my mothers house and leave my phone in the house I never would see them then, Then I started Noticing strange behavior from the stores I frequented from the Owners. I was in a store called lucks on long lane in Upper Darby PA. I went in the store looking around for items to Buy With my Back to Ms. lucky while she talked to a Female Customer, I quickly turned around and she was Pointing Me out to the Female Customer. When, I looked at her she looked frighten I brought my Items and left. On Sept 16th 2017 I went Back to and talked to Ms, lucky who I have known since 2008 and asked it when I actually was arrested for it and that she dogs Not have to be afraid of me, under the authority of Michael Chitwood Several officers from the Upper Darby Police, tracked my Phone on numerous occasions they also informed Several stores I frequented and also some of my Neighbor of myself indecent assault and is causing alarm in the community

33. On 4/01/17 I Filed a grievance against Zakia Johnson addressed to her Director Richard Driesbach for allowing unreasonable script Searches, and for allowing staff to Sabotage My employment which keeps me From obtaining a homeplan. Ms. Zakia Johnson was aware that I had No homeplan to go to, and that I had to rent my own Place to get a homeplan. After complaing to Zakia Johnson, about my Counselor Ms Patterson and unreasonable Searches and that they would not let me obtain furloughs at that time. Ms Zakia Johnson Didn't respond to my calls or grievaces.

34. On 6/25/17 I Filed another grievance addressed again to Richard Driesbach for not receiving a response on the grievance, I Filed on 4/01/17. I also called and left messages with his secetary.

(35) On 6/14/17 around 8:00am, I received a Phone Call from Director Driesback. He asked Me What Was the Problem, I stated to him that I Was Waiting on a response for the grievance I filed on 4/01/17. MR. Driesback stated to Me that Ms. Zakia Johnson was looking into that grievance, I was clear to me out that Point that MR. Driesback Never Read the grievance, IF so he would have known the grievance Was against Zakia Johnson.

(36) In reference to the grievance I filed on 4/01/17, I spoke With zakia Johnson on numerous occasions about Speaking With Director Driesback about my grievance, she Would tell me she dont Know anything about it, and that Ms. Driesback Was always out of town. After speaking With Director Driesback on the 14th of June 2017, I also Called Ms. Johnson to Confront her about the grievance she had in her Possession, but Consant She told me she Didn't Know anything about it. When I talked to her on June 6/14/17 around 9:30am I told her Mr. Driesback said she had the grievance. I filed on 4/01/17 addressed to Richard Driesbac, Ms. Zakia Johnson made a Kinda gasping Noise, then she again stated she didn't have it.

(37) Exactly the next day 6/15/17 I received a response for the grievance I filed on 4/01/17 after Speaking With Zakia Johnson.

(38) On 6/01/17 I filed another grievance against Zakia Johnson for Violating Department of Corrections Policy, by Investigating a grievance She was directly involved IN, for manipulating the grievance Process for holding the grievance for 2 months, well over the time frame to respond to a grievance.

(39) On 7/30/17 I Wrote Richard Driesback a letter stating That I Was Waiting on a response for the grievance I filed on 6/01/17 I Never received a response from Director Driesback.

40) I then called the Department of Corrections in Mechanicsburg, PA and spoke to Olivia in the CEC Department in that building, on 7/30/17 telling her I could not get a hold of Director Driesback for my Grievance. Ms. Olivia told me she would Email him.

41) I first started having Problems with agent Seiliani in April 2017. The Problems I was having with agent Seiliani is, when I first submitted a pass for my furlough she would Never respond, I called left messages Never No response. I had to call her Supervisor to obtain my furlough. This is what caused friction between us.

42) Agent Seiliani also contacted All staffing Warehouse which is a forklift company in which I got my forklift certification from. They gave me a Job afterwards. I had to get permission from agent Seiliani to go to this company because it was out of county, I went to All staffing warehouse on 4/10/17, they told me they had a Job for me to do, gave me the location to the Site. I then returned for CEC Board and provided my counselor Ms. Patterson with my work pass. On 4/11/17 I called All staffing warehouse to ask who was my contact person at the Job Site he stated he no longer had the Job for me.

43) Agent Seiliani and my counselor Rhenae Patterson and Zakia Johnson all conspired to sabotage my employment and my reentry back into Society, these following State employees used these Job positions to sabotage my reentry by using information they had access to because of these Job position. Every Job I was hired at had access also to this information but if they had a problem with it I would have not been hired.

44) Agent Seiliani and Rhenae Patterson Was in constant contact with JQ Staffing to sabotage my employment with the help of Jennifer Quinn owner of JQ Staffing. When I received Jobs through JQ Staffing and the couldn't find a reason to find a reason to fire me I was layed off to keep me from renting a apartment to get a homeplan.

15) Then In the Month of June 2017, I was informed that CEC Broad Was being closed down for reasons I Don't Know This caused me to be moved to another Center unless you had a homeplan and I didn't.

16) During the Process of CEC Broad was being shut Down in June 2017, We Were also being told to try and Find a Homeplan anywhere We Could because of the Over Crowdness in other Centers. On 6/14/17 I was informed about a Program Called Houses of Healing Which is a Recovery House, I Went Pass this Program on 6/14/17 to see if I Could be enrolled into this Program. I spoke With Rease Pina, and Bennie Swans, Rashida, Simpson Directors of this Program and Went through the Orientation and they accepted me to this Program. They Provided me with acceptance Papers and a home house address I would be staying at so I Could Submit a Homeplan, I then returned to CEC Broad and submitted a Homeplan form to My Counselor Ms. Macrae Which Was Now my New Counselor because I was having Problems with Ms. Patterson, Ms Macrae Forward my Home Plan form over to agent Seiliani through Counsil I Called agent Seiliani and she Said she received it on 6/14/17.

17) On 6/14/17 I also Contacted Deputy Rullis of Probation and Parole and explained to Him about the Problems I was having With agent Seiliani and that I Just Put in a Homeplan and I Didn't Want it Tampered With because of Past Problems With agent Seiliani. Deputy Rullish informed me that agent Seiliani Will not be the one doing the Home Plans.

18) On 6/16/17 I talked to agent Seiliani Supervisor Ms. Pierson and she explained to me that my HomePlan Was assigned to a agent so they Would be Out to Check the Homeplan Soon. I then asked who was the agent and she explained She Couldn't tell me.

49 On 6/30/17 I contacted the Program Houses of Healing and talked to Beenie Swans, and asked if he heard anything from them yet. He informed me that a lady agent came out to the property and left a card. He then said a staff that was at the house at the time Has the card and He has to get the card and call the agent.

50 On 6/23/17 I called back to Parole office and spoke to agent Sciliani Supervisor Ms. Pierson, and She informed me that the report said nobody answered the Phone, so the Homeplan was Denied.

On 6/26/17 I also called back to Program Houses of healing and He told me he left a message with the agent and haven't heard back.

51 On 6/26/17 I called back to Houses of Healing and Spoke with steve Ping and Bennie Swans and they informed me that they was contacted by agent Sciliani and informed them about my Past Juvenile Record and that I need to be careful before I get Violated and Sent Back to Prison.

52 On 7/9/17 I filed a grievance against agent Sciliani and Deputy Pullish, for Sabotaging my Homeplan, Agent Sciliani had again informed someone about my Past Juvenile Record she done over the Phone.

53 On 7/30/17 I called Probation and Parole, after waiting the 15 standard days for a response to my grievance I filed on 7/9/17. I talked to a Secretary from that office and I was told Deputy Pullish had retired and that there a New Deputy named Deputy Cooper. Then on 7/30/17 I wrote Deputy Cooper a letter, informing her on the Problems I was having with agent Sciliani. I Never received a response from Deputy Cooper.

65) On 9/25/17 I two submitted two Passes to my New Counselor Pat Crosson at the Self Help Facility. One of my Passes Was to go to the District Court of Philadelphia on 9/27/17 and the Other one was for going to the Law Library on 9/26/17 On the Someday I Filed my Complaint on 9/27/17, agent, Seilian took away my furloughs. She said she did it because I wasn't Fitting in Home Plans When in fact she know I Put in a Home Plan on 9/14/17 and She knew why it wasn't approved. Agent Seil on Knows I have know Place to go, and she knows I Wont have NO where to go in the future With her Saboteging my employment. She's using this as a reason to take my furlougs after I've been getting them for 7months.

On July 2017 While at Self Help Facility I Started Working for a agency Called People Ready With several Branch offices. I was Fired out of the Bristol Branch office. I took this particular type of Job so I Could Pay my Day to Day expenses, because of them Sabotaging good Jobs since, I wanted to Wait until I had my Day in court to get a Job good enough to afford a Home Plan.

The Department of Probation and Parole along with agent seilian, and the Department of corrections along with zakia Johnson and Richard Brusback, Who over sees all the act centers in Philadelphia. Zakia Johnson and Richard Brusback a're over the Directors who runs the day to day in these centers and they are the bosses of all the counselors in the Centers These Following state employees are using there Jobs to Sabotage my reentry, by forcing staff at the many Facilities I've been in to inform any one I come in Contact With to inform them about my Past Juvenile conviction.

58) I also would like to add that Deputy Cooper is assisting agent Scilian in sabotaging my reentry for stoping my furloughs, With out a fair reason. I was Deprived of my furloughs on 9/27/17 aproximately

9. Day after I Filed my complaint IN District Court as a form of retaliation and intimidation. When I asked Deputy Cooper about my furlough and asked her did come from the head office IN Harrisburg. He refuse to answer the question. I then filed a grievance against ~~agent scilian on 11/1/17.~~

59) Very early on is when I realized my People Ready Job was targeted by my agent scilian and My counselor Pat Grosson is when I started working for Waste Management through People Ready. I would experience the female staff wouldn't walk near me and be kinde stand off'ish. Also by the treatment of my supervisor. I eventually quit because I was being over Worked. Working With People ready I would meet a lot of people and agent scilian and My counselor Pat Grosson and People further ~~expose~~ me. I lost Jobs because of this one Paticular NY Utilities when they informed the Job Supervisors about my Juvenile History they Didnt want Me to Return, This ~~took Place~~ 9/3/17.

Not Only Did agent scilian and My counselor Pat Grosson Wanted to mess up my current employment along with People Ready Staff at the conshohocken office and Bristol office, they also Wanted to Diminish my work History, One Example On 10/30/17 I worked for a company called Regular logistcs through People Ready. My Work Supervisor was named Cesar. I was scheduled to work until 5:30pm. I talked to Cesar and told him I might have to leave early because I wasnt feeling well. Cesar informed me that it was okay to leave early if I Needed to. When I left the Job at 3:30pm around 4:00am I received a call from the

(61) On 10/31/17 Agent Sciliani shows up around 4:00am requesting to see me. When I sat down to talk to agent Siliani she asked me where I worked, I said agent Siliani you see me everymonth and Document where I work. Agent Siliani then said I could not go to work until I verify where I work. Again agent Sciliani is using her position to Violate my rights agent Sciliani is clearly in Contact with my employment and Clearly is trying to Provent me from talking to Ceasor because the People ready office lied to Deprive me of that job because I Clearly Have witnesses & Ceasor Says I Didnt inform him that I was leaving. I then Called Agent Siliani's Supervisor on 10/31/17, and agent Siciliani was Removed from my Case load. Ever since 10/30/17 they havent been Calling me to work.

# EXHAUSTION of Legal Remedies

The Plaintiff Rodrick BrayBoy used the Prisoners grievance system to try and Solve the Problem. On 6/16/16, 8/26/16, 9/6/16, 10/6/16, 4/24/17, 5/25/17, 6/24/17, 7/9/17, 11/1/17.

(2)

Legal claims

63) Rodrick Bradley realleges and incorporate by reference Paragraphs #38

64) Defendant Chief Michael Chitwood and officers from the Upper Darby Police Department violated my 14th amendment right to illegal search Seizure by illegaly frecking me with some sort of Device with out Probable Cause or a Warrant to do so. In the Process of Doing this he also was informing store owners and Neighbors about my juvenile Conviction, He also Violated my 14th amendment right by Not Providing Me With equal Protection of the laws and my rights to Due Process while acting under the Color of state law.

65) Rodrick Bradley realleges and incorporate by reference Paragraph #1 - 61

66) Defendant Zakia Johnson While acting under the Color of state law Violated my 8th amend right and 14th amend right, for allowing continued unreasonable Search's, and by moving me to different facilities to inconvinience me and moving me to Harsher facilities as an effort to Send Me back up state. Zakia Johnson also Violated my 14th amend right to equal Protection of the laws by showing Discrimination. Manipulating the grievance Process so I Could Not get relief. Zakia Johnson also Violated her own Code of ethics, Zakia Johnson also has Violated my Due Process by not giving me Notification for repeatedly Moving me to ex spose me.

67) Rodrick Bradley realleges and incorporate by reference Paragraphs 16-61

68) Defendant Samantha Sciliani While acting under the Color of state law, By Violating my 14th amendment right by not Providing me with equal Protection of the laws with out Due Process, Samantha Sciliani, has done this by show discrim- ination for my Past Juvenile Record by Sabotaging my employment and my Home plans.

Legal (underlined)

69) Rodrick BrayBoy realleges and incorporate by reference Paragraphs 55-61.

70) While acting Under the Color of state law, Defendant Patt Crosson Violated my 14th amendment right by assisting agent Sciliani in Sabotaging my employment and also by showing Discrimination and Not Providing me with equal Protection of the laws.

71) Rodrick BrayBoy realleges and incorporate by reference Paragraphs 14-44

72) Defendant Rhenae Patterson While acting Under the Color of state law, Violated my fourteenth amendment by showing Discrimination against for my juvenile conviction and also assisting agent sciliani. In Sabotaging my employment and my homeplans.

73) Rodrick BrayBoy realleges and incorporated by reference Paragraphs 1-61

74) Defendant Richard Driesback While acting Under the Color of state law. Violated my 4th, 8th, 14th By Not Proving Me equal Protection of the laws by showing Discrimination against me because my juvenile conviction and also by Witnessing illegal actions by Zakia Johnson and failing to correct the Misconduct and encouraging the Continuation of the Misconduct of illegal Searches and Manipulation of the grievance Process,

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

___ Yes ✓ ___ No

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Nelson Hall, Kintock, CEC Broad, Self Help*

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

___ Yes ___ No ___ Do Not Know

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

___ Yes ✓ ___ No ___ Do Not Know

If YES, which claim(s)? *Cruel and unusual Punishment 8th amend, 14th amend Equal Protection of the Laws 4th amend illegal Search and Seizure.*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

___ Yes ✓ ___ No

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

___ Yes ___ No

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

*Kintock, CEC Broad, Kalman Hall*

1. Which claim(s) in this complaint did you grieve? *Violation of my 14th amend Discrimination, 8th amend Cruel Punishment, 14th amend illegal Search.*

2. What was the result, if any? *Things continued to happend the Same Way.*

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. *I appealed to Mechanicsburg Pa at the Head office of Department of Corrections. I also appealed to the Departy of Probation and Parole.*

Rev. 10/2009

**F.** If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

**G.** Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I also called Mechanicsburg office and Spoke with Olivia in the ATT Center's Department.

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.** **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like the Courts to Remove me out of the Care of these State employees, and receive appropriate Compensation for this Violation. Bring light to the Situation.

- 5 -

**F.**     If you did not file a grievance:

    **1.**     If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

    **2.**     If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

**G.**     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *I also called Mechanicsburg office and Spoke with Olivia in the off Center's Department.*

_____

_____

_____

_____

<u>Note</u>:     You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.**     **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *I would like the Courts to Remove me Out of the Case of these State employees, and receive appropriate Compensation for this Violation. Bring light to the Situation.*

- 5 -

and hold these officials responsible and to help Me further Prove my Case.

## VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1. Parties to the previous lawsuit:

Plaintiff ____________________

Defendants ____________________

2. Court (if federal court, name the district; if state court, name the county) ____________

3. Docket or Index number ____________________

| | | |
|---|---|---|
| On other claims | | |

C.   Have you filed other lawsuits in state or federal court?   Yes ____ No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?   Yes ____ No ____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___24___ day of _____November_____, 20_17_.

Signature of Plaintiff   _Ricky L Boykin_

Inmate Number   _KD1877_

Rev. 10/2009

Institution Address 2600 Southampton Road
Philadelphia, PA 19116

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 24 day of November, 2017, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: Rodell Bray [signature]

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Rodrick Brayboy<br>*Plaintiff/Petitioner* | ) ) ) Civil Action No. 17 4371 |
| v. | ) |
| Zak: a Johnson Richard Lubeck<br>*Defendant/Respondent* Samantha Scilioni Michael Chitwood | ) ) ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *Rodrick Brayboy*   Date: 11/6/17

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 800 | $ | $ | $ |
| Self-employment | $ 0.00 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0.00 | $ | $ | $ |
| Interest and dividends | $ 0.00 | $ | $ | $ |
| Gifts | $ 0.00 | $ | $ | $ |
| Alimony | $ 0.00 | $ | $ | $ |
| Child support | $ 0.00 | $ | $ | $ |

| Income | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0.00 | $ | $ | $ |
| Unemployment payments | $ 0.00 | $ | $ | $ |
| Public-assistance (such as welfare) | $ ~~.50~~ | $ | $ | $ |
| Other (specify): | $ 6,000 | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| People Ready | 1115 New Rodgers | July 15 2017 | $ 800 |
| SiS Staffing | Camly Road and Blvd | Aug 15, 2016 | $ 1500.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.   List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ 0.00 |
| Other real estate (Value) | $ 0.00 |
| Motor vehicle #1 (Value) | $ 0.00 |
| Make and year: | |
| Model: | |
| Motor vehicle #2 (Value) | $ 0.00 |
| Make and year: | |
| Model: | |
| Other assets (Value) | $ 0.00 |
| Other assets (Value) | $ 0.00 |

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ | $ |
| | $ | $ |
| | $ | $ |

7.   State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| None | | |
| | | |
| | | |

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included?  ☐ Yes  ☐ No<br>Is property insurance included?  ☐ Yes  ☐ No | $ 0.00 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 100 | $ |
| Home maintenance (repairs and upkeep) | $ 100 | $ |
| Food | $ 300 | $ |
| Clothing | $ 300 | $ |
| Laundry and dry-cleaning | $ 25.00 | $ |
| Medical and dental expenses | $ 20.00 | $ |
| Transportation (not including motor vehicle payments) | $ 100 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0.00 | $ |
| Life: | $ 0.00 | $ |
| Health: | $ 0.00 | $ |
| Motor vehicle: | $ 0.00 | $ |
| Other: | $ 0.00 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0.00 | $ |
| Installment payments | | |
| Motor vehicle: | $ 0.00 | $ |
| Credit card (name): | $ 0.00 | $ |
| Department store (name): | $ 0.00 | $ |
| Other: | $ 0.00 | $ |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ |

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | $ | | $ |
|---|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | | $ 100 | $ |
| Other (specify): | | $ 0.00 | $ |
| **Total monthly expenses:** | | $ 100 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☑ No

    If yes, how much?   $ _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☑ No

    If yes, how much?   $ _____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    I work Part time at the Moment I'm not Even Working because they are Sabotaging my employment

13. Identify the city and state of your legal residence.

    Pennsylvania.

    Your daytime phone number:   215-688-8643

    Your age:   35   Your years of schooling:   12

    Last four digits of your social-security number:   6272

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: _2600 Southampton Blvd_

Address of Defendant:

Place of Accident, Incident or Transaction: _CEO Broad, Kitok, Coleman Hall, SCI Helip_

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes☐  No☑

Does this case involve multidistrict litigation possibilities?          Yes☐  No☑

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?          Yes☐  No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?          Yes☐  No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?          Yes☐  No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?          Yes☐  No☑

CIVIL: (Place ✔ IN ONE CATEGORY ONLY)

**A.** *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

**B.** *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

**ARBITRATION CERTIFICATION**

*(Check Appropriate Category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _11/9/17_  _____  
Pro Se Plaintiff

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _11/9/17_  _____  
Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Rodrick Broughton     : CIVIL ACTION
            :
     v.        :
Zakia Johnson, Richard    :
Driesbacks, Michael Chithwood : NO. 17 4371

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
  and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. (✓)

(d) Asbestos – Cases involving claims for personal injury or property damage from
  exposure to asbestos.                ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
  commonly referred to as complex and that need special or intense management by
  the court. (See reverse side of this form for a detailed explanation of special
  management cases.)                ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( )

| Date | Pro Se Plaintiff |
| --- | --- |
| 11/6/17 | Rodrick Broughton |

| Telephone | FAX Number | E-Mail Address |
| --- | --- | --- |
| 215 688 8643 | | Rodrickbroughton@bing.com |

(Civ. 660) 10/02

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PENNSYLVANIA

Rodrick Bradley

(Petitioner/Plaintiff)

v.                                      CASE NO: 17 - 4371

Zaki a. Johnson
(Defendant/Respondent)
Richard Driscoll
Symonne stallion,
Michael Chitwood, etc.

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION
## FOR APPOINTMENT OF COUNSEL

### I. INTRODUCTION

Plaintiff [name] Rodrick Bradley request that the Court to

consider the facts of the case and determine that appointment of counsel would promote

the ends of justice. The plaintiff has filed his/her claims to redress his/her civil rights,

and is unable to continue without appointment of counsel.

### II. FACTS [Please fill in facts pertaining to the need for counsel].

I Need a attorney to help me properly litigate my
Case, to help me understand the legal system a
little better and to let me know my options
with the civil Proceeding and to Properly bring
My Case to Court.

RECEIVED
NOV 27 2017
U.S.C.A. 3d CIR

2

## III. DISCUSSION

In Tabron v. Grace, 6 F. 3d 147 (3d Cir. 1993), the Third Circuit outlined a set of factors a court must consider when determining whether to grant appoint of counsel in a civil case. As a threshold matter, a court must first determine whether there is some merit to the plaintiff's claim in fact or in law. Id. at 155. Here, there is merit in fact and law

because: I included Dates and times and Names of People Who will help me prove my Case of Violation of my Constitutional rights.

A court then must examine a multitude of factors. The plaintiff's ability to present his/her case is a significant factor. Thus, a court should review plaintiff's literacy, education, legal experience, and ability to speak English. Id. at 156. In addition, a court evaluates whether the plaintiff can properly litigate his/her claim considering plaintiff's conditions of confinement and whether these conditions create a severe disadvantage to discovery. Id. Also the complexity of the legal issues and research, and any limitations affecting factual investigation are evaluated. Id. Finally a court looks to whether there is a credibility determination involved that requires experienced counsel to present evidence and conduct cross examination. Id. As a result the court determines whether these factors affect the ability to properly litigate the case. Id.

In the present case [Explain any issues that were discussed above that apply to you.] Being as though I'm in this facility is the reason I Can't afford a attorney, I Don't have access to all the books I Need the financial means to get copies

Let alone transportation to libraries because of
Me Not Working. I'm barely making it out on my
Social Raises because as we speak they continue
to Sabotage me. I had to beg for my welfare to
be Continued because Im in this facility With health
Issues over active thyroids So I have to eat When I go out
and miss meals.

## IV. CONCLUSION

In conclusion, the plaintiff is faced with barriers that prevent him/her from

successfully litigating the case and therefore the Court should grant plaintiff's motion for

appointment of counsel.

Respectfully submitted,

_Rhodrick Bayley_
Signature

_Rhodrick Bayley_
Print or Type Name

Date: 11/24/17

CEC Form—OPS15
Revised 05/17/16

# COMMUNITY EDUCATION CENTERS
## RESIDENT REQUEST SLIP

Name _Rodrick Brafton_    State # _KD18775BI_ _279HI_

Facility _CEC Broad_ Unit _Third floor_ Room & Bed _306_

Today's Date _3/14/17_    Entry Date _____

Case Manager's Name _Ms. Patherson_

Please direct my request to:

Administration _____    Property _____

Classification _____    Program Activities _____

Clinical _____    Business Office _____

Other _Ms. Patherson, Counselor_

Reason for request (BE SPECIFIC) _I would like to request
that all my work passes be put Back in
for Job at I.C. Orion Staffing_

Resident's Signature _Rodrick Brafton_

**Please bring request slip with you to the appointment.**

Staff Response (allow 3 days for a response)

_____

_____

_____

_____

Staff Signature _____    Date _____

To: Ms. Patterson
From: Noor ... ...

Ms. Patterson I would like to request to have my work Pass Put in for saturday 8/4/17. I talked to my employer and they informed me that you were notified that my work schedule is Monday to Saturday from 8:00am to 6:00pm. If you Do Not recall this for any reason you can contact Ms. Jennifer @ 267-686-331 for verification.

Pass Date: 8/3/17

I also would like to request that my work Pass be extended until 8pm because I have to meet with a impact Services staff to receive my transpass for the week for Verification. Call impact Services and ask to speak to Mike.

Grievance 1 of 2

| TO: Grievance Coordinator | Facility CEC Broad st | Date 4/21/17 |
| Rodrick BrayBoy #KD1877 | Rodrk Brayboy | |

The reason for this grievance is that Ms. Zakia Johnson, from the Department of Corrections. Has Violated my 4th, 8th, 14th amendment right under the United States Constitution. Ms. Zakia Johson has Violated my 8th amendment right By using Cruel and Unusual Punishment By Violating my Dignity and Causing Me Humiliation. Ms. Zakia Johson assisted and allowed CEC centers Kintock, Colena Hall, and CeC Broad to tell staff and also inmates that I was Char with a indecent assault Charges as a Juvenile. Ms. zakia assisted by Moving Me to Different facilitys to further exspose Me. When I was in these Different Facilities I was targeted By staff and Discriminated against By my Counselors. They Discriminated agains me By Sabotaging My employment By informing them of my Past Charges, Manipulating My ~~~~~~ Passes, Being excessive when It came to Paying my Court Cost and Fines By taking My Social Passes, ~~~~~ They Was targeting Me through these rules By Deprivir Me of my Privileges if I was cents short on My Payment When Kinktock and also CeC Broad st. Was Not Paying My Court Cost and Fines. When I was moved to these Different Facilities They Violated My 4th admendment right to Constant Unreasonable Naked Searchs all under the Watch of Ms. Zakia Johnson With the intent for me to receive a Displinary action. Ms. zakia Johnsor also was manipulating the grievance Process By Not Properly Investigat Grievances and also By Moving Me or the staff that I Filed a grievance against. Ms. Zakia Johnson Abused her Authority and also violated her Code of ethics and her employment Contract. With this grievance I will Provide you With Numerous grievances from Kintock and CeC Broad of Numerao Problems I was having. Ms. Zakia Johson has been allowing these Facilities and also my Parole agent to Deprive Me of my furloughs, Sabotaging my Employment which Prevents me from getting a home Plan

GRIEVANCE                    7/31/17                    # of #

Mr Zakia Janson has clearly been violating my Constitutional rights by Sabotaging me through these facilitys staff. I also have been sabotaged also by My Parole agent Sellicani who I have to clear all my travel passes through my Parole agent Sellicani for out of county work and Furloughs. I was eligib for a furlough on 4/6/17 Mr Sellicani or her Supervisor Ms. Janson answered my Calls for me to receive my furlough on 4/1/17 I talked to Mr Sellicani and she asked for my phone number I gave it to her so apparently Mr Sellicani an Ms. Janson was screening there Calls because everybody else that was suppose to go on a furlough got a hold of them and Went on there furlughis. Its apparent to me that Ms. Zakia Johnson Does Not Want me to receive a homeplan or go on any furloughs I have been target by staff and My Parole agent so I can not receive these privileges When they are Not Successful in Sabotaging the the refuse to respond to my request. I feel this is a abuse of authority because If I Dont Do what is requested By these authority figures Im subject to Displinary action and loss of Privileges or Sent Back to Prison.

# COMMUNITY EDUCATION CENTERS
## RESIDENT STATEMENT OF GRIEVANCE

Facility: CEC Broad    Unit: 3rd Floor #306

Resident's Name: Rodrick Braughey    State#: KJl877/379141

To: Director Richard Dreisbach    Time: 8:00 am

Date Problem Occurred: 5/25/17

Resident(s) Involved (Full Names): Rodrick Braughey

Staff Involved (Full Names): In reference to grievance Filed on April 21st 2017

Complaint: According to DC-Adm-804(5)(g) States The response shall be provided to the inmate within 15 working Days from the Date the grievance was entered into Automated Grievance Tracking System. I still Have Not Been able to talk to anyone or receive my initial response. DC-Adm-804(5)(h) States an extension Maybe requested and I still Have Not Heard or received anythings from Anyone.

Possible Witnesses:

*Grievances are serious matters and should only be utilized if informal resolutions fail.*
I solemnly swear that the above statements are true. I am now requesting that the Director or designee address this matter in an attempt to resolve the problem.

Signature of Grievant: Rodick Baughey    Date: 5/25/17

Double Sided Form
Side 1

CEC Form – Adm 2
Revised 3/18/16

| Inmate Num: | Name: | Facility | Date |
|---|---|---|---|
| KD18177 | Rodrick Dray-Bey | CEC Broad | 6/06/17 |

**Inmate Appeal To Facility Manager**

I received my initial response from the Grievance office declining on 6/15/17 for the grievance filed on 4/01/17 and have the following issues to appeal.

1. According to DC-ADM-(C)(3) states: The staff Member who serves as the grievance officer shall not be directly involved in or named as the subject of the grievance in Section A and/or B of DC-ADM-804, Part-1. This Policy and Procedure was not followed. When I was informed By Director, Dreisback that he turned the grievance I filed on 4/01/17 over to Ms. Zakia Johnson who in fact that grievance was about. There for this grievance was not Properly investigated and violates Policy.

3. According to DC-ADM-(5)(g) states: The response shall be provide to the inmate with in 15 working days from the date the grievance was entered in to the Automated Inmate grievance tracking. When the grievance office was well over this time line I filed another grievance in reference to Violation of this Policy on 5/25/17. I later received a phone call from Director Dreisback on 6/1/17 at 7:58 am. In which he explained to Me that he Did not Know exact Details of the grievance and that he gave it to Ms. Zakia Johnson to handle. Ms. Zakia Johson tried to manipulate the grievance process By Not responding to the grievance until I called Her on 6/13/17 8:46 or and informed Her that I was Notified By Director Dreisback that she had ~~received~~ the grievance. I then received my initial review response on 6/15/17 By CEC Broad Director Clark when I received my response I seen that the Dates was manipulated to Cover up that I had also Violated Policy (s)(x)(g)

Rodrick Bray Boy   #KD1877

7/30/17

Mr. Richard Dreisbackh. Im still waiting on a response for my appeal I filed on 6/20/17 and also Im waiting on a response for the grievance I fil on 7/9/17. I tried Calling your office on Several occasions and was Not able to talk to anyone so I would like you to respond to my request Please thank you

Rodrk Brayby

Inmate Final Grievance Appeal

| Inmate # | Name | Facility | |
|---|---|---|---|
| KD1877 | Rodrick BrayBoy | Self Help | 8/28/17 |

I Never received my Initial review response for the appeal I Filed on 6/20/17 to Director Driesbackh after Writing and calling to request a response for the issue's that was Not addressed in the grievance filed on 4/21/17. Im Filing this appeal to again inform this office. that Im being targeted By the Department of Correction by Richard Driesbackh, Zakia Johnson and Im also am Being targeted By the Pennsylvania board of Probation and Parole, agent Sciliani and also the Deputys that run that office Deputy Pullish and Deputy Cooper. They are Violating my Constitutional rights and targeting me By:

1. Violating my 4th amend right By giving me unreasonable strip Naked Searchs on 1/11/17 and 1/13/17 at the Coleman Hall Center.

2. They Violated my 8th and 14th By sabotaging my Employment and my Home Plan in order to Keep me in the halfway house to eventually send to Send me Back to Prison. This is Being Done By informing staff and inmates and my employers about my Past Criminal History. Which is Cruel and unusual Punishment and also Discrimination and also Violates my 14th amendment equal Protection under the laws.

3. Due to this Im being targeted By local law enforcement to send me Back to jail Because of Past Criminal history Because of This.

4) The Department of Corrections and Pennsylvania Board of Probation Board are sabotaging my employment With the Ultimate goal is to Keep me from receiving a homeplan and also they are trying to force me to Pay money they Know I Dont have to. use this as a tactic to Violate my Parole When they are in fact Keeping me here.

5. On 6/14/17 I Put in a homeplan. to recovery house Called Nu-stop they gave me Documentation telling Me that I Was accepted into the Nu-stop Program I submitted the Homeplan Paper Work

8/28/17
2 of 2

for my homeplan to my Parole agent Siliani on 6/14/17 and
I also contacted Deputy Rullish from the Pennsylvania Board
of Parole to inform to him that I submitted a homeplan and
I also explained to him of the Prior Problems I was having
with agent Siliani he told me that Ms. Siliani was no Handling
my homeplan, even after receiving Documentation
that I was accepted into this Program my Parole agent
Siliani told me it was denied Because the Program Didn't answer
the Phone, then it was that they Didn't have a Proper lease.

6. Ms. Zakia Johnson violated my 14th amend by abusing her authority
By Moving me to 3 Different Parole Centers to further exploit this
information about my Criminal Background.

7. Ms. Zakia Johnson also allowed these staff to contact my employer
With this information and also my Drug Treatment Program, My
therapist, my Doctors office.

8. I was informed by Zakia Johnson that they are suppose to
inform the staff of this information theres nothing in the Policys
that says inform my employer, or inmates, or Doctors office etc.
there is also nothing in the Pennsylvania Board of Parole Policy
that states this.

9. None of my grievances I sent to the Department of Correction
was properly investigated or responded to Because Ms. Zakia Johnson
had them in her Possession while Director Dries Beaty was Busy
in the field Ms. Johnson was investigating her self.

Rodrick Brayboy

α 07 α

# Houses of Healing

"Your first step for treating the total spectrum of chemical dependence and mental health"

Date: 6/14/2017

To whom it may concern:

(Mr)/Ms. Rodrick Braybay currently resides at 2207 W. Tioga (Pending *

As part of the philosophy of the Houses of Healing (Mr)/Ms. Rodrick Braybay will be required to attend at full compliance, Southwest NuStop, Inc for treatment. (Mr)/Ms. Rodrick Braybay is responsible for providing his/her own food. If (Mr)/Ms. Rodrick Braybay has an income he/she is responsible for $250 housing fund which covers daily expenses excluding rent. Any assistant you can render her is greatly appreciated. If you have any questions, feel free to contact the appropriate individual listed below.

Sincerely,

Rasheeda Simpson
Women's Program Director (215)800-5927

Bennie Swans
Men's Program Director (484)844-5240

Steve Pina
Men's Program Director (215)837-1170

484-844-5240
Bennie

Your first step for treating the total spectrum of chemical dependency
SOUTHWEST NU-STOP, Inc.
Recovery and Educational Center
Clinical Appointment with
5616 Woodland Ave., Phila., PA 19143 • Ph. 215-729-2014 • Fax 215-729-2041
1609 Poplar St., Phila., PA 19130 • Ph. 215-787-9600 • Fax 215-787-9607
SWNStop@swnustop.com

and hold these officials responsible and to help
Me further Prove my Cases

On these claims

**VI.    Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
action?

Yes ____ No ✓

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If
there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using
the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes _____ No _____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there
   judgment in your favor? Was the case appealed?) _____

C. Have you filed other lawsuits in state or federal court?

   Yes _____ No _____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If
   there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using
   the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes _____ No _____

7. If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there
   judgment in your favor? Was the case appealed?) _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _04_ day of _November_, 20_17_.

FILED
NOV 27 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Signature of Plaintiff _Rashad Bridgefoth_

Inmate Number _KD1877_

On other claims

- 7 -

Rev. 10/2009

Institution Address 2600 Southampton Road
Philadelphia, PA 19116

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.

I declare under penalty of perjury that on this 24 day of November , 20 17 , I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.

Signature of Plaintiff: Roddell Bray Cy

- 8 -

*Rev. 10/2009*

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

Page 1

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Pennsylvania

Rodrick BrayBoy
_____
Plaintiff/Petitioner

v.

Zakia Johnson Richard Driesbeck
Samantha Scilioni Michael Chitwood
Defendant/Respondent

Civil Action No. 17  4371

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

(Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Rodrick BrayBoy_          Date: _11/6/17_

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 800 | $ | $ | $ |
| Self-employment | $ 0.00 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0.00 | $ | $ | $ |
| Interest and dividends | $ 0.00 | $ | $ | $ |
| Gifts | $ 0.00 | $ | $ | $ |
| Alimony | $ 0.00 | $ | $ | $ |
| Child support | $ 0.00 | $ | $ | $ |

Page 2

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | Gross monthly pay |
|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $0.00 | $ | $ |
| Disability *(such as social security, insurance payments)* | $0.00 | $ | $ |
| Unemployment payments | $0.00 | $ | $ |
| Public-assistance *(such as welfare)* | ~~$~~ | $ | $ |
| Other *(specify)*: | $0.00 | $ | $ |
| **Total monthly income:** | $ | $ | $ |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| People Ready | 1115 New Rodgers | July 15 2017 | $ 800 |
| SQ Staffing | Comly Road and Blvd | Aug 15, 2016 | $ 1500 |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

Page 3

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle #1 *(Value)* | $ 0.00 |
| Make and year: | |
| Model: | |
| Motor vehicle #2 *(Value)* | $ 6.00 |
| Make and year: | |
| Model: | |
| Other assets *(Value)* | $ 0.00 |
| Other assets *(Value)* | $ 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| None | | |
| | | |
| | | |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☐ No<br>Is property insurance included?  ☐ Yes  ☐ No | $ 0.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 100 | $ |
| Home maintenance *(repairs and upkeep)* | $ 100 | $ |
| Food | $ 300 | $ |
| Clothing | $ 300 | $ |
| Laundry and dry-cleaning | $ 25.00 | $ |
| Medical and dental expenses | $ 20.00 | $ |
| Transportation *(not including motor vehicle payments)* | $ 100 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
| Homeowner's or renter's: | $ 0.00 | $ |
| Life: | $ 0.00 | $ |
| Health: | $ 0.00 | $ |
| Motor vehicle: | $ 0.00 | $ |
| Other: | $ 0.00 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ 0.00 | $ |
| Installment payments |  |  |
| Motor vehicle: | $ 0.00 | $ |
| Credit card *(name)*: | $ 0.00 | $ |
| Department store *(name)*: | $ 0.00 | $ |
| Other: | $ 0.00 | $ |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ |

PAE AO 239 (10/03) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | | $ |
|---|---|---|
| Other *(specify):* | | $ 100 |
| | | $ 0.00 |
| | | $ 1000 |
| **Total monthly expenses:** | | $ 1000 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☑ No      If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes  ☑ No

If yes, how much? $ _____
If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?       ☐ Yes  ☑ No

If yes, how much? $ _____
If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
I work part time at the moment I'm not even working because they are sabotaging my employment

13. Identify the city and state of your legal residence.
Pennsylvania

Your daytime phone number: 215-688-8642

Your age: 35     Your years of schooling: 12

Last four digits of your social-security number: 6272

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 2600 Southampton Blvd

Address of Defendant:

Place of Accident, Incident or Transaction: CEC Brook, Kitock, Caleman Hall, Self Help
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))        Yes☐   No☑

Does this case involve multidistrict litigation possibilities?        Yes☐   No☑

*RELATED CASE, IF ANY:*

Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐   No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐   No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐   No☑

4. Is this a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐   No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
   (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 11/6/17 _____          _____
                              Pro Se Plaintiff

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/6/17          _____ Robert Brooks
                              Pro Se Plaintiff

CIV. 609 (5/2012)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Rodrick BradBoy : CIVIL ACTION
:
v. :
Zakia Johnson, Richard :
Driesbachs, Michael Chittwook : NO. 17 4371

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( )

11/6/17          Rodrick BradBoy
**Date**                          **Pro Se Plaintiff**

215 688 8643          Rodrick.BradBoy@gmail.com
**Telephone**          **FAX Number**          **E-Mail Address**

(Civ. 660) 10/02

NOV 27 2017

U.S.C.A 3RD CIR.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PENNSYLVANIA

Rodrick Brayboy

(Petitioner/Plaintiff)

v.

Zakia Johnson
(Defendant/Respondent)
Richard Drieshoek
Samantha sullon
Michael Chitwood etc.

CASE NO: 17 - 4371

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL**

**I. INTRODUCTION**

Plaintiff [*name*] Rodrick Brayboy request that the Court to

consider the facts of the case and determine that appointment of counsel would promote

the ends of justice. The plaintiff has filed his/her claims to redress his/her civil rights,

and is unable to continue without appointment of counsel.

**II. FACTS** [*Please fill in facts pertaining to the need for counsel.*]

I Need a attorney to help me Properly litigate my
Case, to help me understand the legal System a
little better and to let me know my options
With the Civil Proceeding and to Properly bring
My Case to Court.

## III. DISCUSSION

In Tabron v. Grace, 6 F. 3d 147 (3d Cir. 1993), the Third Circuit outlined a set of factors a court must consider when determining whether to grant appoint of counsel in a civil case. As a threshold matter, a court must first determine whether there is some merit to the plaintiff's claim in fact or in law. Id. at 155. Here, there is merit in fact and law because: I included Dates and times and Names of People Who will help me Prove my Case of Violation of my Constitutional rights.

A court then must examine a multitude of factors. The plaintiff's ability to present his/her case is a significant factor. Thus, a court should review plaintiff's literacy, education, legal experience, and ability to speak English. Id. at 156. In addition, a court evaluates whether the plaintiff can properly litigate his/her claim considering plaintiff's conditions of confinement and whether these conditions create a severe disadvantage to discovery. Id. Also the complexity of the legal issues and research, and any limitations affecting factual investigation are evaluated. Id. Finally a court looks to whether there is a credibility determination involved that requires experienced counsel to present evidence and conduct cross examination. Id. As a result the court determines whether these factors affect the ability to properly litigate the case. Id.

In the present case [Explain any issues that were discussed above that apply to you.] Being as though Im in this facility is the reason I can't afford a attorney, I Don't have access to all the books I need the Financial means to get Copies

2

Let alone transportation to libraries because of me Not Working. I'm barely making it Out on my Social Raises because as we speak they continue to sabotage me. I had to beg for my welfare to be continued because I'm in this facility with health issues overactive thyroids. So I have to eat when I go out and miss meals.

## IV. CONCLUSION

In conclusion, the plaintiff is faced with barriers that prevent him/her from

successfully litigating the case and therefore the Court should grant plaintiff's motion for

appointment of counsel.

Respectfully submitted,

_Rodrick Bray Boy_
Signature

_Rodrick Bray Boy_
Print or Type Name

Date: _11/24/17_

3

# COMMUNITY EDUCATION CENTERS
## RESIDENT REQUEST SLIP

Name _Rodrick Bradley_ State # _KD1877_ SBI # _279 HI_

Facility _CEC Broad_ Unit _Third floor_ Room & Bed _306_

Today's Date _3/14/17_ _____ Entry Date _____

Case Manager's Name _Ms. Patterson_

### Please direct my request to:

Administration _____     Property _____

Classification _____     Program Activities _____

Clinical _____     Business Office _____

Other _Ms. Patterson, Counselor_

Reason for request (BE SPECIFIC) _I would like to request_
_that all my work passes be put back in_
_for Job at J. Quinn staffing_

Resident's Signature _Rodrick Bradley_
Please bring request slip with you to the appointment.

Staff Response (allow 3 days for a response)

Staff Signature _____ Date _____

Revised 05/17/16
CEC Form—OPS15

From: Regina Mayray
TO: Ms. Patterson.

Ms. Patterson I would like to request to have my work Pass put in for Saturday 2/4/17. I talked to my employer and they informed me that you were notified that my work schedule is Monday to Saturday from 8:00 am to 6:00 pm if you Do not recall this for any reason you can Contact Ms. Jennifer @ 267-686-351 for verification.

Pass Date: 2/3/17

I also would like to request that my work Pass Be extended until 8pm Because I have to meet with a impact Services staff to receive my Transpass for the week for Verification Call impact Services and ask to speak to Mike.

Grievance

To: Grievance Coordinator                    Facility          Date
Rodrick Bray Bay  #KD1877        CEC Broad St    4/21/17
                                              Rodrick Bray Bay

1 of 2

The reason for this grievance is that Ms. Zakia Johnson, from the Department of Corrections. Has Violated my 4th, 8th, 14th amendment right under the United States Constitution. Ms. Zakia Johnson has Violated my 8th amendment right By using Cruel and Unusual punishment By Violating my Dignity and Causing me Humiliation. Ms. Zakia Johnson assisted and allowed CEC Centers Kintock, Coleman hall, and CEC Broad to tell staff and also inmates that I was their with a indecent Assault Charges as a Juvenile. Ms. Zakia assisted By Moving Me to Different facility's to further expose Me. When I was in these Different facilities I was targeted By staff and Discriminated against By my counselors. They Discriminated against me By Sabotaging My employment By informing them of my past Charges, Manipulating My Passes, Denys excessive When I come to Paying my court cost and fines By taking My Social Passes. They Was targeting Me through these rules By Depriving me of my Privileges if I was cents short on My Payment when Kintock and also CEC Broad St. Was Not Paying My court cost and Fines. When I was moved to these Different facilities they Violated My 4th amendment right to Consistent Unreasonable and Un-Needed Searchs all under the Watch of Ms. Zakia Johnson with the intent for me to receive a Disciplinary action. Ms. Zakia Johnson also was manipulating the grievance Process By Not Properly Investigate Grievances and also By Moving Me or the staff that I Filed a grievance against. Ms. Zakia Johnson Abused her Authority and Discreti child also violated her code of ethics and her employment Contract with this grievance I will Provide you With Numerous grievances from Kintock and CEC Broad of Numerous Problems I was having. Ms. Zakia Johnson has been allowing these facilities and also my Parole agent to Deprive me of my furloughs, Sabotaging my Employment which Prevents me from getting a home Plan

## Grievance

7/31/17

Ms. Zakia Johnson has clearly been violating my constitutional rights by sabotaging me through these facility staff. I also have been sabotaged also by my Parole agent sciliani who I have to clear all my travel passes through my Parole ager sciliani for out of county work and furloughs. I was el 1916 for a furlough on 4/01/17 Ms. sciliani or her supervisor Ms. Pierson answered my calls for me to receive my furlour on 4/17/17 I talked to Ms. sciliani and she asked for my phone number I gave it to her so apparently Ms. sciliani an Ms. Pierson was screening there calls because everybody else that was suppose to go on a furlough got a hold of them and went on there furloughs, Its apparent that Ms. Zakia Johnson Does Not Want me to recei a home plan or go on any furloughs I have been target By staff and My Parole agent so I can not receive these Previlages when they are not Successful in Sabotaging Me they refuse to respond to my request. I feel this is a abuse of authority Because If I Don't Do what is requested By these authority figures I'm subject to Displinary action and loss of Previlages or sent Back to Prison.

## COMMUNITY EDUCATION CENTERS
## RESIDENT STATEMENT OF GRIEVANCE

Facility: CEC Brook    Unit: 3rd Floor #306

Resident's Name: Rodrick BrayBoy    State#: KD181T/279411

To: Director Richard Deisbach Time: 8:00 am

Date Problem Occurred: 5/25/17

Resident(s) Involved (Full Names): Rodrick BrayBoy

Staff Involved (Full Names): In reference to grievance Filed on April 01st 2017

Complaint: According to DC-Adm-804(5)(g) states the response shall be provided to the inmate within 15 working Days from the Date the grievance was entered into Automated Grievance Tracking System. I still Have Not Been able to talk to anyone or receive my Initial response. DC-Adm 804(5)(h) states an extension Maybe requested and I still Have Not Heard or received anything as From Anyone.

Possible Witnesses: _____

*Grievances are serious matters and should only be utilized if informal resolutions fail.*
I solemnly swear that the above statements are true. I am now requesting that the Director or designee address this matter in an attempt to resolve the problem.

Signature of Grievant: Rodrick Brayboy    Date: 5/25/17

Revised 3/18/16
CEC Form – Adm 2

Double Sided Form
Side 1

Inmate Appeal To Facility Manager

| Inmate Num: | Name: | Facility | Date |
|---|---|---|---|
| KD1877 | Rodrick Bray By | CEC Broad | 6/30/17 |

I received my initial response from the Grievance office/coordinator on 6/15/17 for the grievance filed on 4/01/17 and have the following issues to appeal.

1. According to DC-ADM-(C)(B) states: The staff Member who serves as the grievance officer shall not be directly involved in or named as the subject of the grievance in Section A and/or B of DC-ADM-804, Part-1. This policy and procedure was not Followed. When I was informed By Director, Dreisback That He turned the grievance I filed on 4/01/17 over to Ms. Zakia Johnson who in fact that grievance was about. There for this grievance was not properly investigated and Violates Policy.

2. According to DC-ADM-(5)(g) states: The response shall be provided to the inmate with in 15 Working days from the date the grievance was entered into the Automated Inmate grievance tracking. When the grievance office was well over this time line I Filed another grievance in reference to Violation of this Policy on 5/25/17. I later received a Phone Call from Director Dreisback on 6/11/17 at 7:58 am, In which he explained to Me that He Did not Know exact Details of the grievance and that He gave it to Ms. Zakia Johnson to handle Ms. Zakia Johnson tried to manipulate the grievance Process By Not Responding to the grievance until I called Her on 6/13/17 8:46 am and informed Her that I was Notified By Director Dreisback that she had the grievance. I then received my Initial review response on 6/15/17 By CEC Broad Director, Clark. When I received my response I seen that the Dates was Manipulated to Cover up that she Violated Policy DC-ADm-(5)(g)

Bradley P [signature]

Rodrick BrayBoy  # KD18771

7/30/17

Mr. Richard Dreisbach. I'm still waiting on a
response for my appeal I filed on 6/80/17 and also
I'm waiting on a response for the grievance I filed
on 7/9/17. I tried calling your office on several
occasions and was not able to talk to anyone so I would
like you to respond to my request. Please thank you.

Rodrick BrayBoy

Inmate #: KD1877

Name: Roderick BradBoy

Facility: Self Help

Date: 8/28/17

Inmate Final grievance Appeal

1 of 2

I never received my Initial review response for the appeal I Filed on 6/20/17 to Director Driesbackh after Writing and calling to request a response for the issues that was not addressed in the grievance I filed on 4/21/17. Im Filing this appeal to again inform this office that Im being targeted By the Department of Correction by Richard Driesbackh, Zakia Johnson and Im also am being targeted Ad also the Pennsylvania board of Probation and Parole, agent Seliani Deputy Cooper. There are violating my constitutional rights and Deputys that run that office Deputy Pullish and targeting me By:

1. Violating my 4th amend right By giving me unreasonable strip naked searchs on 1/11/17 and 1/13/17 at the Coleman Hall Center.

2. They violated my 8th and 14th By sabotaging my Employment and my HomePlan in order to Keep me in the halfway house to eventually send to send me Back to Prison. This is Being done By informing staff and inmates and my employers about my Past Criminal History. Which is Cruel and unusual Punishment and also Discrimination and also Violates my 14th amendment equal Protection under the laws.

3. Due to this Im being targeted By local law enforcement to send me Back to jail Because of Past Criminal history Because of this.

4. The Department of Corrections and Pennsylvania Board of Probation Board are sabotaging my employment With the ultimate goal is to keep me from receiving a homeplan and also they are trying to force me to Pay money they Know I Don't have to use this as a tactic to Violate my Parole when they are in fact Keeping me here.

5. On 6/14/17 I Put in a homePlan to recovery house called Nu-Stop they gave me Documentation telling Me that I was accepted INto the Nu-Stop Program I submitted the HomePlan Paper Work

8/28/17

2 of 2

for my homeplan to my Parole agent Siciliani on 6/14/17 and I also contacted Deputy Pullish from the Pennsylvania Board of Parole to inform to him that I submitted a Homeplan and I also explained to him of the Prior Problems I was having with agent Siciliani he told me that Ms. Siciliani was not handling my Home Plan. When In fact agent Siciliani is the one who handled my home plan, even after receiving Documentation that I was accepted into this Program my Parole agent Siciliani told me it was denied Because the Program Didn't answer the Phone, then it was that they Didn't have a Proper lease.

6. Ms. Zakia Johnson violated my 14th amend by abusing her authority By Moving me to Different Parole Centers to further exsploit this information about my Criminal Background.

7. Ms. Zakia Johnson also allowed these staff to contact my employers with this information and also my Drug treatment Program, My therapist, my Doctors office.

8. I was informed by Zakia Johnson that they are suppose to inform the staff of this information theres nothing in the Policys that says inform my employer, or inmates, a Doctors office etc of this There is also Nothing in the Pennsylvania Board of Parole Policy that states this.

9. None of my grievances I sent to the Department of Corraction Was Properly Investigated or responded to Because Ms. Zakia Johnson had them in her Possesion while Director Dries back in the field Ms. Johnson was investigating her self.

Rodrick BrayBoy

Rodrick Bray

2 04 02

⯐

## Houses of Healing

"Your first step for treating the total spectrum of chemical dependence and mental health".

Date: 6/14/2017

To whom it may concern:

Mr/Ms. Rodrick Brayboy currently resides at 2207 W. Tioga (Pending) Mr./Ms. Rodrick Brayboy

As part of the philosophy of the Houses of Healing Mr./Ms. Rodrick Brayboy

will be required to attend at full compliance, Southwest NuStop, Inc for treatment.

Mr./Ms. Rodrick Brayboy is responsible for providing his/her own food. If

Mr./Ms. Rodrick K Brayboy has an income he/she is responsible for $250

housing fund which covers daily expenses excluding rent. Any assistant you can render

her is greatly appreciated. If you have any questions, feel free to contact the appropriate

individual listed below.

Sincerely,

Rasheeda Simpson
Women's Program Director (215)800-5927

Bennie Swans
Men's Program Director (484)844-5240

Steve Pina
Men's Program Director (215)837-1170

484-844-5240

Benn.c

## SOUTHWEST NuStop, Inc.

Recovery and Educational Center

Clinical Appointment with

5616 Woodland Ave., Phila., PA 19143 · Ph. 215-729-2014 · Fax 215-729-2041
1609 Poplar St., Phila., PA 19130 · Ph. 215-787-9600 · Fax 215-787-9607
SWNUSTOP@swnustop.com

Page 5

PAE AO 239 (10/03) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | | $ |
| --- | --- | --- |
| Other *(specify)*: | | $ 100 |
| | | $ 0.00 |
| | | $ 600 |
| **Total monthly expenses:** | | $ 600 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☑ No      If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes  ☑ No

    If yes, how much? $
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?        ☐ Yes   ☑ No

    If yes, how much? $
    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I work partime at the Moment. Im not alen working because
    they are sabotaging my employment

13. Identify the city and state of your legal residence.
    Pennsylvania

    Your daytime phone number:  215-688-8642

    Your age: 35     Your years of schooling:  12

    Last four digits of your social-security number:  6272

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: _2600 Southampton Blvd_

Address of Defendant: _____

Place of Accident, Incident or Transaction: _CEC Brook, Kitock, Caleman Hall, Self Help_
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐   No☑

Does this case involve multidistrict litigation possibilities?    Yes☐   No☑

*RELATED CASE, IF ANY:*

Case Number: _____    Judge _____    Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☐   No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☐   No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐   No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes☐   No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _11/6/17_    _____
                    Pro Se Plaintiff

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _11/6/17_    _____
                   Pro Se Plaintiff

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

Rodrick BradBoy : CIVIL ACTION

v.

Zahra Johnson, Richard
Driesbacks, Michael Chitwood : NO. 17 4371

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( )

11/6/17        Rodrick BradBoy
**Date**        **Pro Se Plaintiff**

                Rodrick.BradBoy@gmail.com
                **E-Mail Address**

215 688 8643
**Telephone**        **FAX Number**

(Civ. 660) 10/02

NOV 27 2017

U.S.C.A. 3RD CIR.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PENNSYLVANIA

Rodrick BrayBoy

_____

(Petitioner/Plaintiff)

v.

ZaKia Johnson
(Defendant/Respondent)
Richard Driesback
Symantha sellari
Michael Chitwood etc

CASE NO: 17 - 4371

### BRIEF IN SUPPORT OF PLAINTIFF'S MOTION
### FOR APPOINTMENT OF COUNSEL

## I. INTRODUCTION

Plaintiff [*name*] Rodrick BrayBoy request that the Court to consider the facts of the case and determine that appointment of counsel would promote the ends of justice. The plaintiff has filed his/her claims to redress his/her civil rights, and is unable to continue without appointment of counsel.

## II. FACTS [*Please fill in facts pertaining to the need for counsel.*]

I need a attorney to help me properly litigate my case, to help me understand the legal system a little better and to let me know my options with the civil proceeding and to properly bring my case to Court.

**III. DISCUSSION**

In Tabron v. Grace, 6 F. 3d 147 (3d Cir. 1993), the Third Circuit outlined a set of factors a court must consider when determining whether to grant appoint of counsel in a civil case. As a threshold matter, a court must first determine whether there is some merit to the plaintiff's claim in fact or in law. Id. at 155. Here, there is merit in fact and law because: I included Dates and times and Names of People Who will help me Prove my Case of Violation of my Constitutional rights.

A court then must examine a multitude of factors. The plaintiff's ability to present his/her case is a significant factor. Thus, a court should review plaintiff's literacy, education, legal experience, and ability to speak English. Id. at 156. In addition, a court evaluates whether the plaintiff can properly litigate his/her claim considering plaintiff's conditions of confinement and whether these conditions create a severe disadvantage to discovery. Id. Also the complexity of the legal issues and research, and any limitations affecting factual investigation are evaluated. Id. Finally a court looks to whether there is a credibility determination involved that requires experienced counsel to present evidence and conduct cross examination. Id. As a result the court determines whether these factors affect the ability to properly litigate the case. Id.

In the present case [*Explain any issues that were discussed above that apply to you.*] Being as though I'm in this facility is the reason I can't afford a attorney, I Don't have access to all the books I need the Financial means to get Copies

2

Let alone transportation to libraries because of the Not Working. I'm barely making it out on my Social Raises because as we speak they continue to Sabotage me. I had to beg for my welfare to be continued because I'm in this facility with health issues overactive thyroids. So I have to eat when I go out and miss meals.

## IV. CONCLUSION

In conclusion, the plaintiff is faced with barriers that prevent him/her from successfully litigating the case and therefore the Court should grant plaintiff's motion for appointment of counsel.

Respectfully submitted,

_Roderick Bray Boy_
Signature

_Roderick Bray/Boy_
Print or Type Name

Date: _11/24/17_

3

# COMMUNITY EDUCATION CENTERS
## RESIDENT REQUEST SLIP

Name _Rodrick Bray Boy_ State # _KD1877_ SBI # _279 HI_

Facility _CEC Broad_ Unit _Third floor_ Room & Bed _306_

Today's Date _3/14/17_ _____ Entry Date _____

Case Manager's Name _Ms. Patterson_

### Please direct my request to:

Administration _____      Property _____

Classification _____      Program Activities _____

Clinical _____      Business Office _____

Other _Ms. Patterson, Counselor_

Reason for request (BE SPECIFIC) _I would like to request_
_that all my work passes be put Back in_
_for Job at J. Quinn Staffing_

Resident's Signature _Rodrk Bray B_
Please bring request slip with you to the appointment.

Staff Response (allow 3 days for a response) _____

_____

_____

Staff Signature _____ Date _____

Revised 05/17/16
CEC Form—OPS15

TO: Ms. Patterson.

Ms. Patterson I would like to request to have my work Pass put in for Saturday 2/4/17. I talked to my employer and they informed me that you were notified that my work schedule is Monday to Saturday from 8:00am to 6:00pm if you Do not recall this for any reason you can contact Ms. Jennifer @ 267-686-35 for verification.

Pass Date: 2/3/17

I also would like to request that my work Pass Be extended until 8pm Because I have to meet with a impact Services staff to receive my Transpass for the week for verification Call impact Services and ask to Speak to Mike.

To: Grievance Coordinator

Grievance

Rodrick Bray Bay #KD1877

| | Facility CEC Broad st | Date 14/21/17 |
| --- | --- | --- |
| | Roohk Begley | 1 of 2 |

The reason for this grievance is that Ms. Zakia Johnson, from the Department of Corrections. Has Violated my 4th, 8th, 14th amendment right under the United States constitution. Ms. Zakia Johnson has Violated my 8th amendment right By using cruel and unusual punishment By Violating my Dignity and causing me Humiliation. Ms. Zakia Johnson assisted and allowed CEC Centers Kintock, colemo hall, and Cec Broad to tell staff and also inmates that I was char with a indecent assault charges as a Juvenile. Ms. Zakia assisted by Moving me to Different facility's to further expose me. When I was in these Different facilities to further expose me. When I Discriminated against By my counselors. They Discriminated against me By Sabotaging my employment By informing them of my past Charges, Manipulating my Passes, Deing excessive when I came to paying my court cost and fines By taking my social passes. They was targeting me through these rules By Deprivin me of my Privileges if I was cents short on my payment when Kintock and also Cec Broad st was Not paying my court cost and fines. When I was moved to these Different facilities they Violated my 4th amendment right to consistant Unreasonable cheked searches all under the Watch of Ms. Zakia Johnson with the intent for me to receive a Disiplinary action. Ms. Zakia Johnson also was manipulating the grievance process By Not Properly investigat grievances and also By Moving me or the staff that I filed a grievance against. Ms. Zakia Johnson Abused her Authority and Discreti and also Violated her Code of ethics and her employment contract with this grievance I will Provide you with Numerous grievances from Kintock and CEC Broad of Numerous Problems I was having Ms. Zakia Johnson has been allowing these facilities and also my Parole agent to Deprive me of my furloughs, sabotaging my Employment which Prevents me From getting a home plan

__Grievance__                    7/31/17

Ms. Zakia Johnson has clearly been violating my Constitutional rights by Sabotaging me through these Facility Staff. I also have been sabotaged also by My Parole agent scillani who I have to clear all my travel Passes through my Parole ager Scillani for Out of County Work and Furloughs. I was e1/9/16 for a furlough on 4/01/17 Ms. Scilliani or her Supervisor on 4/17/17 I talked to Ms. scilliani and she asked for my Ms. Pierson answered my Calls for me to receive my furloug phone Number I gave it to her so apparently Ms. Scilliani an Mr. Pierson was screening there Calls because everybody else that was suppose to go on a furlough got a hold of them and went on there furloughs. Its apperent that Ms. Zakia Johnson Does Not Want me to receiv a home plan or go on any furloughs I have been target By staff and My Parole agent so I Can not receive these Privilages When they are Not Successful in Sabotaging Me the refuse to respond to my request. I feel this is a abuse of authority Because If I Don't Do What is requested By thes authority figures I'm subject to Displinary action and loss of Previlages or Sent Back to Prison.

## COMMUNITY EDUCATION CENTERS
### RESIDENT STATEMENT OF GRIEVANCE

Facility: CEC Brook   Unit: 3rd Floor #306

Resident's Name: Rodrick Braybry   State#: KD18YY/279YY

To: Director Richard Deisbach Time: 8:00 am

Date Problem Occurred: 5/25/17

Resident(s) Involved (Full Names): Rodrick Braybry

Staff Involved (Full Names): In reference to grievance Filed
on April 01st 2017

Complaint: According to DC-Adm-804(5)(g) States the
response shall be provided to the inmate within 15 working
Days from the Date the grievance was entered into Automated
Grievance Tracking System. I still Have Not Been
able to talk to anyone or receive my Initial response. DC-Adm
804(5)(h) States an extension Maybe Requested and
I still Have Not Heard or Received anything from Anyone

Possible Witnesses:

*Grievances are serious matters and should only be utilized if informal resolutions fail.*
I solemnly swear that the above statements are true. I am now requesting that the
Director or designee address this matter in an attempt to resolve the problem.

Signature of Grievant: Rodrick Braybry   Date: 5/25/17

Revised 3/18/16
CEC Form – Adm 2

Double Sided Form
Side 1

Inmate Appeal To Facility Manager

| Inmate Num: | Name: | Facility | Date |
|---|---|---|---|
| KD1877 | Rodrick Bray By | CEC Broad | 6/30/17 |

I received my initial response from the Grievance office/coordinator on 6/15/17 for the grievance filed on 4/01/17 and have the following issues to appeal.

1. According to DC-ADM-(C)(B) states: The staff Member who serves as the grievance officer shall not be directly involved in or named as the subject of the grievance in Section A and/or B of DC-ADM-604, Part-1. This Policy and Procedure was not Followed. When I was informed By Director, Dreisbach That He turned the grievance I filed on 4/01/17 Over to Ms. Zakia Johnson Who in fact that grievance Was about There for this grievance was not Properly investigated and Violates Policy.

2. According to DC-ADM-(5)(g) states: The response shall be provided to the inmate with in 15 working days from the date the grievance was entered into the Automated Inmate grievance Tracking. When the grievance office was well over this time line I Filed another grievance in reference to Violation of this Policy on 5/25/17. I later received a Phone call from Director Dreisback on 6/11/17 at 7:58 am, In which he explained to Me that He Did not Know exact Details of the grievance and that He gave it to Ms. Zakia Johnson to handle Ms. Zakia Johnson tried to manipulate the grievance Process By Not responding to the grievance until I called Her on 6/13/17 8:46 am and informed Her that I was Notified By Director Dreisback that she had the grievance. I then received my Initial review response on 6/15/17 By CEC Broad Director, Clark When I received my response I seen that the Dates was Manipulated to Cover up that she Violated Policy DC-Adm-(5)(g)

Rodrick BrayBoy   #KD1877

7/30/17

Mr. Richard Dreisbach. I'm still waiting on a
response for my appeal I filed on 6/00/17 and also
I'm waiting on a response for the grievance I filed
on 7/9/17. I tried calling your office on Several
Occasions and was not able to talk to anyone so I would
like you to respond to my request Please thank you

Rodrick BrayBoy

| Inmate # | Name | Facility | |
|---|---|---|---|
| KD1877 | Roderick BouBoy | Self Help | 8/28/17 |

Inmate Final grievance Appeal

1 of 2

I Never received my initial review response for the appeal I filed on 6/20/17 to Director Driesbach after writing and calling to request a response for the issue's that was Not addressed in the grievance filed on 4/21/17. Im Filing this appeal to again inform this office that Im being targeted By the Department of Correction by Richard Driesbach, Zakia Johnson and Im also am Being targeted by the Pennsylvania Board of Probation and Parole, agent Selliani and also the Deputys that run that office Deputy Tullish and Deputy Cooper. They are violating my constitutional rights and targeting me By;

1. Violating my 4th amendment right By giving me unreasonable strip naked Searchs on 1/11/17 and 1/13/17 at the Coleman Hall Center.

2. They violated my 8th and 14th By sabotaging my Employment and my Home Plan in order to Keep me in the halfway house to eventually Send to Send me Back to Prison. This is Being Done By informing staff and inmates and my employers about my Past Criminal History. Which is Cruel and unusual Punishment and also Discrimination and also Violates my 14th amendment equal Protection under the laws.

3. Due to this Im being targeted By local law enforcement to Send me Back to Jail Because of Past Criminal history Because of this.

4. The Department of Corrections and Pennsylvania Board of Probation Parole are sabotaging my employment with the ultimate goal is to keep me from receiving a home Plan and also they are trying to force me to Pay money they Know I Dont have to use this as a tactic to Violate my Parole when they are in fact Keeping me here.

5. On 6/14/17 I Put in a home Plan to recovery house Called Nu-Stop they gave me Documentation telling Me that I was accepted into the Nu-Stop Program I submitted the Home Plan Paper Work

8/28/17

2 of 2

for my homeplan to my Parole agent Sciliani on 6/14/17 and I also contacted Deputy Pullish from the Pennsylvania Board of Parole to inform to Him that I submitted a Homeplan and I also explained to Him of the Prior Problems I was having with agent Sciliani he told me that Ms. Sciliani was not Handling my Home Plan. When In fact agent Sciliani is He one who handled my homeplan, even after receiving Documentation that I was accepted into this Program my Parole agent Sciliani told me it was denied Because the Program Didn't answer the Phone, then it was that they Didn't have a Proper Lease.

6. Ms. Zakia Johnson violated my 14th amend by abusing her authority By Moving me to Different Parole Centers to further exsploit this information about my Criminal Background.

7. Ms. Zakia Johnson also allowed these staff to contact my employers with this information and also my Drug treatment Program, My therapist, my Doctors offices.

8. I was informed by Ms. Zakia Johnson that they are suppose to inform the staff of this information theres Nothing in the Policys that says inform my employer, or inmates, a Doctors office etc. of There is also nothing in the Pennsylvania Board of Parole Policy that states this.

9. None of my Grievances I sent to the Department of Corraction was properly Investigated or responded to Because Ms. Zakia Johnson had them in her Possesion while Director Dries backh was Busy in the field Ms. Johnson was investigating her self.

Rodrick BrayBoy

Rodrk Bray

## Houses of Healing

"Your first step for treating the total spectrum of chemical dependence and mental health".

Date: 6/14/2017

To whom it may concern:

Mr/Ms. Rodrick Brayboy currently resides at 2207 W. Tioga (Pending) As part of the philosophy of the Houses of Healing Mr./Ms. Rodrick Brayboy will be required to attend at full compliance, Southwest NuStop, Inc for treatment.

Mr./Ms. Rodrick Brayboy is responsible for providing his/her own food. If Mr./Ms. Rodrick K Brayboy has an income he/she is responsible for $250 housing fund which covers daily expenses excluding rent. Any assistant you can render her is greatly appreciated. If you have any questions, feel free to contact the appropriate individual listed below.

Sincerely,

Rasheeda Simpson
Women's Program Director (215)800-5927.

Bennie Swans
Men's Program Director (484)844-5240.

Steve Pina
Men's Program Director (215)837-1170

484-844-5240

Bennie

**SOUTHWEST NuStop, Inc.**
Recovery and Educational Center
Clinical Appointment with

5616 Woodland Ave., Phila., PA 19143 · Ph. 215-729-2014 · Fax 215-729-2041
1609 Poplar St., Phila., PA 19130 · Ph. 215-787-9600 · Fax 215-787-9607
SWNUSTOP@swnustop.com

FROM: Regina Murphy
TO: Ms. Patterson.

Ms. Patterson I would like to request to have my work pass put in for Saturday 2/4/17. I talked to my employer and they informed me that you were notified that my work schedule is Monday to Saturday from 8:00 am to 6:00 pm. If you do not recall this for any reason you can contact Ms. Jennifer @ 267-686-351 for verification.

Pass Date; 2/3/17

I also would like to request that my work pass be extended until 8pm Because I have to meet with a impact Services staff to receive my Transpass for the week for verification Call impact Services and ask to speak to Mike.

## Grievance

To: Grievance Coordinator
Rodrick Bray Bey #KD1877

| Facility | Date |
|---|---|
| CEC Broad st | 4/21/17 |
| Rodrk Bey Bey | |

1 of 2

The reason for this grievance is that Ms. Zakia Johnson, from the Department of Corrections. Has Violated my 4th, 8th, 14th amendment right under the United States Constitution. Ms. Zakia Johnson has Violated my 8th amendment right By using Cruel and unusual punishment By Violating my Dignity and Causing me Humiliation. Ms. Zakia Johnson assisted and allowed CEC Centers Kintock, Coleman Hall, and CEC Broad to tell staff and also inmates that I was Char with a indecent assault charges as a Juvenile. Ms. Zakia assisted by Moving me to Different facilitys to further expose me. When I was in these Different facilities I was targeted By staff and Discriminated against By my counselors. They Discriminated against me By Sabotaging My employment By informing them of my Past charges, Manipulating My passes, Deny excessive when I came to paying my court cost and fines By taking My Social Passes, They was targeting Me through these rules By Depriving me of my Privileges if I was cents short on My Payment When Kintock and also CEC Broad st. Was Not Paying My court cost and Fines. When I was moved to these Different facilities they Violated My 4th amendment right to Constant Unreasonable Naked Searchs all under the Watch of Ms. Zakia Johnson with the intent for me to receive a Disciplinary action. Ms. Zakia Johnson also was manipulating the grievance process By Not Properly Investigat Grievances and also by Moving Me or the staff that I filed a grievance against. Ms. Zakia Johnson Abused her Authority and Discreti and also violated her code of ethics and her employment contract with this grievance I will Provide you with Numerous grievances from Kintock and CEC Broad of Numerous Problems I was having. Ms. Zakia Johnson has been allowing these facilities and also my Paro le agent to Deprive me of my furloughs, Sabotaging my Employment which Prevents me from getting a home Plan

Grievance                                    7/31/17

Ms. Zakia Johson has clearly been violating my constitutional rights by sabotaging me through these facility staff. I also have been sabotaged also by my parole agent seilhani who I have to clear all my travel passes through my parole ager seilhani for out of county work and furloughs. I was 81/g1b for a furlough on 4/01/17 Ms. seilhani or her supervisor Ms. Pierson answered my calls for me to receive my furlou on 4/1/17 I talked to Ms. seilhani and she asked for my phone number I gave it to her so apparently Ms. seilhani or else that was suppose to go on a furlough got a hold to Ms. Pierson was screening there calls because everybody of them and went on there furloughs. Its apperent to the that Ms. Zakia Johnson does not want me to rece a homeplan or go on any furloughs I have been target by staff and my parole agent so I can not receive these previlages when they are not successful in sabotaging me the refuse to respond to my request. I feel this is a abuse of authority because if I don't do what is requested by the authority figures I'm subject to displinary action and loss f previlages or sent back to prison.

## COMMUNITY EDUCATION CENTERS
### RESIDENT STATEMENT OF GRIEVANCE

Facility: CEC Brook     Unit: 3rd Floor #306

Resident's Name: Rodrick BrayBoy     State#: KD18YY/279YY

To: Director Richard Deisbach Time: 8:00 am

Date Problem Occurred: 5/25/17

Resident(s) Involved (Full Names): Rodrick BrayBoy

Staff Involved (Full Names): In reference to grievance Filed on April 01st 2017

Complaint: According to DC-Adm-804(5)(g) states the Response shall be provided to the inmate within 15 Working Days from the Date the grievance was entered into Automated Grievance Tracking System. I still Have Not Been able to talk to anyone or receive my initial response. DC-Adm 804(5)(h) states an extension Maybe requested and I still Have Not Heard or received anything as From Anyone.

Possible Witnesses: _____

*Grievances are serious matters and should only be utilized if informal resolutions fail.*
I solemnly swear that the above statements are true. I am now requesting that the Director or designee address this matter in an attempt to resolve the problem.

Signature of Grievant: Roderk Brayboy     Date: 5/25/17

Revised 3/18/16
CEC Form – Adm 2

Double Sided Form
Side 1

Inmate Appeal To Facility Manager

| Inmate Num: | Name: | Facility | Date |
|---|---|---|---|
| KD1877 | Rodrick Bray By | CEC Broad | 6/30/17 |

I received my initial response from the Grievance office/coordinate on 6/15/17 for the grievance filed on 4/01/17 and have the following issues to appeal.

1. According to DC-ADM-(C)(3) states; The staff Member who serves as the grievance officer shall not be directly involved in or named as the subject of the grievance in Section A and/or B of DC-ADM-604, Part-1. This Policy and Procedure was not Followed. When I was informed By Director, Dreisbock That He turned the grievance I filed on 4/01/17 over to Ms. Zakia Johnson who in fact that grievance was about There for this grievance was not Properly investigated and Violates Policy.

2. According to DC-Adm-(5)(g) states: The response shall be Provide to the inmate with in 15 working days from the date the grievance was entered into the Automated Inmate grievance tracking. When the grievance office was well over this time line. I Filed another grievance in reference to Violation of this Policy on 5/25/17. I later received a Phone call from Director Dreisbock on 6/11/17 at 7:58 am, In which he explained to Me that He Did not Know exact Details of the grievance and that He gave it to Ms. Zakia Johnson to handle. Ms. Zakia Johnson tried to manipulate the grievance Process By Not Responding to the grievance until I called Her on 6/13/17 8:46 am and informed Her that I was Notified By Director Dreisbock that she had the grievance. I then received my Initial review response on 6/15/17 By CEC Broad Director, Clark When I received my response I seen that the Dates was Manipulated to cover up that she Violated Policy DC-Adm-(5)(g

Rodrick Bray Boy  #KD1877

7/30/17

Mr. Richard Dreisbach. I'm still waiting on a response for my appeal I filed on 6/80/17 and also I'm waiting on a response for the grievance I filed on 7/9/17. I tried calling your office on several occasions and was not able to talk to anyone so I would like you to respond to my request. Please thank you.

Rodrick Bray Boy

| Inmate # | Name | Facility | |
|---|---|---|---|
| KD1877 | Roderick BradBoy | Self Help | 8/28/17 |

**Inmate Final grievance Appeal**   1 of 2

I Never received my Initial review response for the appeal I Filed on 6/20/17 to Director Driesbackh after Writing and calling to request a response for the issue's that was not addressed in the grievance filed on 4/21/17. Im Filing this appeal to again inform this office that Im being targeted By the Department of Correction by richard Driesbackh, Zakia Johnson and Im also am Being targeted By the Pennsylvania board of Probation and Parole, agent Selian and also the Deputys that run that office, Deputy Pullisk and Deputy Cooper. They are Violating my Constitutional rights and targeting me By:

1. Violating my 4th amend right By giving me unreasonable strip Naked Sarchs on 1/11/17 and 1/13/17 at the Coleman Hall Center.

2. They Violated my 8th and 14th By sabotaging my Employment and my Home Plan in order to Keep me in the halfway house to eventually Send me Back to Prison. This is Being done By informing staff and inmates and my employers about my Past Criminal History Which is Cruel and unusual Punishment and also Discrimination and also Violates my 14th amendment equal Protection under the laws.

3. Due to this Im being targeted By local law enforcement to send me Back to Jail Because of Past Criminal history Because of this.

4. The Department of Corrections and Pennsylvania Board of Probation and are sabotaging my employment With the Ultimate goal is to Keep me from receiving a home plan and also they are trying to Force me to Pay money they Know I Dont have to use this as a tactic to Violate my Parole When they are in fact Keeping me here.

5. On 6/14/17 I Put in a home Plan to recovery house called Nu-step they gave me Documentation telling Me that I was accepted into the Nu-step Program I submitted the Home Plan Paper Work

8/28/17

2 of 2

for my homeplan to my Parole agent sciliani on 6/14/17 and I also contacted Deputy Pullish from the Pennsylvania Board of Parole to inform to Him that I submitted a Homeplan and I also explained to Him of the Prior Problems I was having with agent sciliani he told me that Ms. sciliani was no t handling my Home Plan. When In fact agent sciliani is He one who handled my homeplan, even after receiving Documentation that I was accepted into this Program my Parole agent sciliani told me, it was denied Because the Program Didn't answer the Phone, then it was that they Didn't have a Proper lease.

6. Ms. zakia Johnson violated my 14th amend by abusing her authority By Moving me to Different Parole Centers to further exsploit this Information about my Criminal Background.

7. Ms. Zakia Johnson also allowed these staff to contact my employers with this information and also my Drug treatment Program, My therapist, my Doctors office.

8. I was informed by Ms. zakia Johnson that they are suppose to inform the staff of this information theres nothing in the Policys that says inform my employer, or inmates, a Doctors office etc or There is also nothing in the Pennsylvania Board of Parole Policy that states this.

9. None of my Grievances I sent to the Department of Corraction Was Properly Investigated or responded to Because Ms.Zakia Johnson had them in her Possesion while Director Dries backh was Busy in the field Ms. Johnson was investigating her self.

Rodrick BrayBoy

Rodrick Bray

α 04 α

※

2207 W. Tioga (Pending)

Rodrick Brayboy

484-844-5240

Bennie

# ◉ ◉ Houses of Healing

"Your first step for treating the total spectrum of chemical dependence and mental health".

Date: 6/14/2017

To whom it may concern:

Mr/Ms. Rodrick Brayboy currently resides at 2207 W. Tioga (Pending). As part of the philosophy of the Houses of Healing Mr./Ms. Rodrick Brayboy will be required to attend at full compliance, Southwest NuStop, Inc for treatment. Mr/Ms. Rodrick Brayboy is responsible for providing his/her own food. If Mr/Ms. Rodrick K Brayboy has an income he/she is responsible for $250 housing fund which covers daily expenses excluding rent. Any assistant you can render her is greatly appreciated. If you have any questions, feel free to contact the appropriate individual listed below.

Sincerely,

Rasheeda Simpson
Women's Program Director (215)800-5927

Bennie Swans
Men's Program Director (484)844-5240

Steve Pina
Men's Program Director (215)837-1170

SOUTHWEST NuSTOP, Inc.
Recovery and Educational Center
Clinical Appointment with

5616 Woodland Ave., Phila., PA 19143 • Ph. 215-729-2014 • Fax 215-729-2041
1609 Poplar St., Phila., PA 19130 • Ph. 215-787-9600 • Fax 215-787-9607
SWNUSTOP@swnustop.com

| To: Grievance Coordinator | | |
|---|---|---|
| Brandck Brockington # K0187T | Rodak Bagby | |
| | Facility Self Help | Date 11/9/17 |

Grievance 1 of 2

I'm Filing This grievance against Deputy Rullish and Roak agent Sullivan from the office of Pennsylvania Board of Probation and Parole. I'm also Filing this grievance against Ms. Zakia Johnson from the office of the Department of Corrections for sabotaging my homeplan To Nu-step inc/Houses of Healing. On 6/14/17 I went to the Nu-step Center on 1609 Bplace and asked about these recovery house, they explained How the Program Works and that Day they Decided to enroll me into the Program. I then explained to the Nu-step that I had to submit a homeplan to my Counselor and my Parole agent Sullivan. I then submitted my HomePlan and also I called Deputy Rullish on 6/14/17 to inform Him of the Prior Problems I had with agent Sullivan and also the grievance filed against Her on 3/30/17 about agent Sullivan and Zakia Johnson Sabotaging my employment and also my reentry Back into Society. By informing my employer about my Past record. Attached to this grievance Is a acceptance letter from Nu-step stating that I was enrolled in to there Program until they came in Contact with agent Sullivan at that time I was No longer accepted With this I want to Display that these Above People have Been sabotaging Me by interfering with my employment and also my Homeplan. They have violated My Constitutional rights by using Discrimination and Cruel and unusual Punishment By using these Jobs to take the law into the own hands.

Grievance

To: Grievance Coordinator
Rodrick BrayBoy #KD1877

Facility
Self Help

Rodrick Braj Boy #KD1877

#KD1877 7J01DE #279HI

11/30/17

Dear Deputy, Cooper My Name is Rodrick Braj Br the reason for me Writing you is that I would like to request that my Parole agent Be Changed currently I have agent sciliani. The reason I would like to change Parole agents is Because I had several Problems with agent sciliani and I also filed two Grievances against agent sciliani one on 4/01/17 With th Department of correction and also one on 4/9/17 With your office I'm still Waiting on a response for that I also would like you to look into that also. Ms. sciliani has been sabotaging my employment and also my homeplans and I DO No want agent sciliani as my Parole agent Because of

Rodrick Brajboy

Rodrick Brajboy

Thursday

**SELF HELP MOVEMENT INC.**
**DAILY ACTIVITY PASS**
Passes must be submitted the day before the request by 12:00p.m.
Passes submitted after this time may not be honored

**Pass Date:** 9/28/17    **DOC#** KD877

Resident's Name: Rodrick Braboy

Resident's Cell Phone #: 215-688-86 43

**Time Requested:** **From:** 11:00 A m.    **To:** 7:00 P m.    **FLOOR#** 3rd Floor

| Name of Person or Company: LAW Library | | | | | |
|---|---|---|---|---|---|
| Address: 833 Chestnut St | | | | Phone #: | |
| City: Phila | State: PA | | | Zip Code: 19107 | |
| Relationship or Contact Person: | | | | | |
| Title: | | | Type of Business: | | |
| Time of Appointment: | | | | | |
| Purpose | Job Search | Social | Religious | Medical | Work | NA/AA | Counseling |
| Route: | | | Method of Travel: | | |

| Name of Person or Company: | | | | | |
|---|---|---|---|---|---|
| Address: | | | | Phone #: | |
| City: | State: | | | Zip Code: | |
| Relationship or Contact Person: | | | | | |
| Title: | | | Type of Business: | | |
| Time of Appointment: | | | | | |
| Purpose | Job Search | Social | Religious | Medical | Work | NA/AA | Counseling |
| Route: | | | Method of Travel: | | |

| Name of Person or Company: | | | | | |
|---|---|---|---|---|---|
| Address: | | | | Phone #: | |
| City: | State: | | | Zip Code: | |
| Relationship or Contact Person: | | | | | |
| Title: | | | Type of Business: | | |
| Time of Appointment: | | | | | |
| Purpose | Job Search | Social | Religious | Medical | Work | NA/AA | Counseling |
| Route: | | | Method of Travel: | | |

**Resident's Signature:** Rodrick Braboy    **Date:** 9/24/17

**Case Manager's Signature:** _____    **Date** 9/25/17

Friday

# SELF HELP MOVEMENT INC.
## DAILY ACTIVITY PASS

Passes must be submitted the day before the request by 12:00p.m.
Passes submitted after this time may not be honored

**Pass Date:** 9/29/17

**Resident's Name:** Rodrick Gaylord

DOC# KD1872

**Resident's Cell Phone #:** 215 688 2642

**Time Requested:** **From:** 11:00am **To:** 7:00pm

FLOOR# 3rd

7 pm

| Name of Person or Company: US District Court | | | | Phone #: 215 597 7704 | |
|---|---|---|---|---|---|
| Address: 601 Market St #2609 | | | | | |
| City: Phila | State: PA | | | Zip Code: 19106 | |
| Relationship or Contact Person: | | | | | |
| Title: | | | | Type of Business: | |
| Time of Appointment: | | | | | |
| Purpose | Job Search | Social | Religious | Medical | Work | NA/AA | Counseling |
| Route: | | | Method of Travel: | | |

| Name of Person or Company: | | | | Phone #: | |
|---|---|---|---|---|---|
| Address: | | | | | |
| City: | State: | | | Zip Code: | |
| Relationship or Contact Person: | | | | | |
| Title: | | | | Type of Business: | |
| Time of Appointment: | | | | | |
| Purpose | Job Search | Social | Religious | Medical | Work | NA/AA | Counseling |
| Route: | | | Method of Travel: | | |

| Name of Person or Company: | | | | Phone #: | |
|---|---|---|---|---|---|
| Address: | | | | | |
| City: | State: | | | Zip Code: | |
| Relationship or Contact Person: | | | | | |
| Title: | | | | Type of Business: | |
| Time of Appointment: | | | | | |
| Purpose | Job Search | Social | Religious | Medical | Work | NA/AA | Counseling |
| Route: | | | Method of Travel: | | |

**Resident's Signature:** Rodrick Gaylord **Date:** 9/24/17

**Case Manager's Signature:** _____ **Date:** _____

R Bray Boy

# EFFECTIVE IMMEDIATELY

## PER PAROLE:

- **FURLOUGHS ARE ONLY VALID FOR A PERIOD OF ONE MONTH.**

- **FURLOUGH PASSES THAT WERE APPROVED PRIOR TO 9/1/17 WILL NO LONGER BE VALID.**

- **ANY ISSUES OR CONCERNS MUST BE DIRECTED TO PAROLE.**

please fill out 12 hr pass for weekend

**CASE MANAGEMENT**

**9/27/17**

PBPP-148 (9/05)



**pennsylvania**
BOARD OF PROBATION AND PAROLE

## PAROLE VIOLATION
## WARNING/INSTRUCTION

**Offender Name:** Brawley, Roderick
**Parole Number:** 274143
**Date of Warning/Instructions:** 10/31/17

**INSTRUCTION**

**WARNING / INSTRUCTIONS:**

Provide verification of SООISРТ 11/3/17

**Supervision Staff Signature:** _____ **DATE:** 10/31/17

**Offender's Signature:** _____ **DATE:** 10/31/17



PBPP-3481 (9/05)

**pennsylvania**
BOARD OF PROBATION AND PAROLE

## PAROLE VIOLATION
## WARNING/INSTRUCTION

**Offender Name:** Rodney Bull / Roderick
**Parole Number:** 279 HE
**Date of Warning/Instructions:** 10/31/17

**INSTRUCTION**

Do Not leave City limits Without permission

**WARNING / INSTRUCTIONS:**

1) Don't leave City limits without prior written permission
   of your

2) Failure to do so will result in violation of your
   parole

**Supervision Staff Signature:** _____ **DATE:** 10/31/17

**Offender's Signature:** _____ **DATE:** 10/31/17

TRANSMISSION VERIFICATION REPORT

TIME  : 11/03/2017 23:04
NAME  :
FAX   :
SER.#. : BROA9F358202

DATE,TIME          11/03  23:04
FAX NO./NAME       12155603928
DURATION           00:00:50
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   LTR/LGL/A4
GLASS SCANSIZE     ECM

1/8/11

# FAX

**Instant Tags PA**
4651 Frankford Ave
Philadelphia PA, 19124
P: 215-774-1332
F: 215-535-0262

## TO

Name: Deputy Cooper

Fax Number: 215-560-3928

Date: 11/3/17

\# of Pages: 2

## FROM

Name: Rodrick Brayboy

Contact Number: 215-688-8642

☐ Urgent  ☑ Please Reply

## SUBJECT

## MESSAGE

1 of 2

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR

FACILITY: Set Hill P

DATE: 11/1/17

FROM: (INMATE NAME & NUMBER)
Rodrick Braidby KD1877

SIGNATURE OF INMATE:
Rodrick Braidby

WORK ASSIGNMENT:

HOUSING ASSIGNMENT: 3rd floor

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8 ½" x 11" page). State all relief that you are seeking.

Im Filing this grievance against agent Scilian for Harassment Sabotaging my employment, and also my home Plans. Ms Scilian adjusted my Work Pass to Sabotage my employment Whe she Knows I have a lenghty Commute because I work alot out of Montgomery County. Agent Scilian is retaliating for Past grievances I Put in against her and also I have a Civil Suit Pending against Agent Scilian and her Office. Agent Scilian has abused her Authority and also Violated Her Code of Conduct and Several Policys, Agent Scilian Has Harassed Me for Not Speaking to her.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
***Section 1 – Grievances & Initial Review***
Issued: 4/27/2015
Effective: 5/1/2015

*Attachment 1-A*

Agent Sciliani also has Deprived Me of my furlough status So if I on 9/27/17 one day after I Put in a Pass To go to the District Court of Philadelphia to file a civil suit against her and her office. The reason I was told my furlough was taken away was because People Wasn't Putting in Home Plans when in Fact I Put in a Home Plan on 7/14/17 in which Agent Sciliani Sabotaged By informing my HomePlan Providers of my Past Criminal History. This Is Part of the reason why I'm Filing a Civil Suit against Her. Agent Sciliani also requested Verification of my Job When all she has to do is request Weekly PayStubs I Submit to my Counselor along With my rent Money order or Actually Contact My Job herself Because she stated she didn't Know where I Work When she actually Documents every Month where I work, I would like to ask that Ms Sciliani Stop Harassing me for retaliation reasons.

Rodrick BrayBoy

Rodrick Bray

11/1/17