# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RODRICK BRAYBOY | : | |
| --- | --- | --- |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 17-4371 |
| ZAKIA JOHNSON, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of *November*, 2018, upon consideration of **(a)** Defendant Chitwood's Motion to Dismiss (Doc. No. 30) and Plaintiff's Response (Doc. No. 48); **(b)** Defendants Driesbach, Johnson, and Siliani's Motion to Dismiss (Doc. No. 32), Defendant Cooper's Joinder therein (Doc. No. 37), and Plaintiff's Response (Doc. No. 50); **(c)** Defendants Friedman, Gormley, and Luca's Motion to Dismiss (Doc. No. 33) and Plaintiff's Response (Doc. No. 47), **(d)** Defendants Hinkle, Cooper, Laskow, and McClain's Motions to Dismiss (Doc. Nos. 39, 55) and Plaintiff's Responses (Doc Nos. 49, 56); **(e)** Defendant Braswell's Motion to Dismiss (Doc. No. 58) and Plaintiff's Response (66); **(f)** Defendant Patterson's Motion to Dismiss (Doc. No. 60) and Plaintiff's Response (Doc. No. 65); and **(g)** Plaintiff's Motions for Leave to File an Amended Complaint (Doc. Nos. 40 and 61), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

1. The Motions to Dismiss (Doc. Nos. 30, 32, 33, 37, 39, 55, 58, and 60) are **GRANTED** and all claims against these Defendants are **DISMISSED**.

2. The Motions for Leave to File an Amended Complaint (Doc. Nos. 40 and 61) are **DENIED**.

3. The claims against Defendant Crosson are **DISMISSED WITHOUT PREJUDICE**, under Federal Rule of Civil Procedure 4(m), for failure to timely serve.

It is **FURTHER ORDERED** that Plaintiff's Motions for the Production of Documents (Doc. Nos. 41, 42, 44, 45) are **DENIED AS MOOT**.

The Clerk of Court shall mark this case **CLOSED**.

                                                 **BY THE COURT:**

                                                 /s/ Mitchell S. Goldberg
                                                 _____
                                                 **MITCHELL S. GOLDBERG,      J.**